OMB No. 2502-0265

10/24/06 7:58 AM

| A. U.S. Department of Housing and Urban Development | B. Type of Loan | | |
|---|---|---|---|
| | 1. [ ] FHA | 2. [ ] FMHA | 3. [X] Conv. Unins. |
| | 4. [ ] VA | 5. [ ] Conv. Ins. | |
| | 6. File Number | 7. Loan Number | |
| | 40656 | 925000182867 | |
| **Settlement Statement** | 8. Mortgage Ins. Case No. | | |

**07 C 6530**

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked ("POC") were paid outside the closing: they are shown here for information purposes and are not included in the totals.

D. Name of Borrower: ANNA R. RICHARDSON

E. Name of Seller:

F. Name of Lender: FREEMONT INVESTMENTS, 1411 OPUS PLACE SUITE 600, DOWNERS GROVE, IL 60515

G. Property Location: NEWKIRK'S SUBDIVISION

1647 SOUTH CENTRAL PARK AVENUE, CHICAGO, IL 60623

H. Settlement Agent: Absolute Title Services, Inc (847) 285-5900       TIN: 36-4105088

Place of Settlement: 2227 Hammond Drive, Suite B, Schaumburg, IL 60173

I. Settlement Date: 10/24/2005          Proration Date: 10/28/2005

**JUDGE LINDBERG**
**MAGISTRATE JUDGE NOLAN**

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| 100. **Gross amount due from borrower:** | | 400. **Gross amount due to seller:** | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 9,970.48 | 403. | |
| 104. MTG PO TO NEIGHBORHOOD HOUSING SERVICE | 10,902.90 | 404. | |
| 105. MTG PO TO CHASE | 24,738.24 | 405. | |
| Adjustments for items paid by seller in advance: | | Adjustments for items paid by seller in advance: | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. **Gross amount due from borrower:** | 45,611.62 | 420. **Gross amount due to seller:** | 0.00 |
| 200. **Amounts paid by or in behalf of the borrower:** | | 500. **Reduction in amount due to seller:** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 150,000.00 | 502. Settlement charges to seller (line 1400) | 0.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller: | | Adjustments for items unpaid by seller: | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. **Total paid by/for borrower:** | 150,000.00 | 520. **Total reduction in amount due seller:** | 0.00 |
| 300. **Cash at settlement from/to borrower:** | | 600. **Cash at settlement to/from seller:** | |
| 301. Gross amount due from borrower (line 120) | 45,611.62 | 601. Gross amount due to seller (line 420) | 0.00 |
| 302. Less amount paid by/for borrower (line 220) | 150,000.00 | 602. Less total reduction in amount due seller(line 520) | 0.00 |
| 303. CASH ( )FROM (X)TO BORROWER | 104,388.38 | 603. CASH ( )FROM ( )TO SELLER | 0.00 |

SUBSTITUTE FORM 1099 SELLER STATEMENT - The information contained in Blocks E, G, H and I and on line 401 (or, if line 401 is asterisked, lines 403 and 404), 406, 407 and 408-412 (applicable part of buyer's real estate tax reportable to the IRS) is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

SELLER INSTRUCTION - If this real estate was your principle residence, file form 2119, Sale or Exchange of Principal Residence, for any gain, with your income tax return; for other transactions, complete the applicable parts of form 4797, Form 6252 and/or Schedule D (Form 1040).

You are required by law to provide Absolute Title Services, Inc (847) 285-5900 with your correct taxpayer identification number. If you do not provide Absolute Title Services, Inc (847) 285-5900 with your correct taxpayer identification number, you may be subject to civil or criminal penalties.



Exhibit A

| | L. Settlement Charges | 10/24/05 7:38 AM | | File Number: 40656 | |
|---|---|---|---|---|---|
| 700. | Total sales/broker commission | | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
| | Division of commission (line 700) as follows: | | | | |
| 701. | $ | | | | |
| 702. | $ | | | | |
| 703. | Commission paid at settlement | | | | |
| 704. | | | | | |
| **800.** | **Items payable in connection with loan** | | | | |
| 801. | Loan origination fee | to FREEMONT INVESTMENT ( 0.596%) | | 894.00 | |
| 802. | Loan discount | | | | |
| 803. | Appraisal fee | to ACTIVE APPRAISALS PLUS, INC | | 450.00 | |
| 804. | Credit report | to COUNTRY MORTGAGE SERVICES | | 10.50 | |
| 805. | Lender's inspection fee | | | | |
| 806. | Mortgage insurance application fee | | | | |
| 807. | Assumption fee | | | | |
| 808. | BROKER FEE | to COUNTRY MORTGAGE SERVICES | | 2,780.00 | |
| 809. | TAX SERVICE FEE | to LANDAMERICA TAX AND FLOOD SERVICES | | 60.00 | |
| 810. | FLOOD CERT FEE | to LANDAMERICA TAX AND FLOOD SERVICES | | 9.50 | |
| 811. | PROCESSING FEE | to COUNTRY MORTGAGE SERVICES | | 495.00 | |
| 812. | COURIER FEE | to COUNTRY MORTGAGE SERVICES | | 25.00 | |
| 813. | YSP PD BY LENDER | to COUNTRY MORTGAGE SERVICES | POCL 2250.00 | | |
| **900.** | **Items required by lender to be paid in advance** | | | | |
| 901. | Interest from 10/28/2005 to 11/1/2005 at $30.6200/day for 4 days. | | | 122.48 | |
| 902. | Mortgage insurance premium for | | | | |
| 903. | Hazard insurance premium for | to AMERICAN FAMILY II | | 1,291.00 | |
| 904. | | | | | |
| 905. | | | | | |
| **1000.** | **Reserves deposited with lender** | | | | |
| 1001. | Hazard insurance | | | | |
| 1002. | Mortgage insurance | | | | |
| 1003. | City property taxes | | | | |
| 1004. | County property taxes | | | | |
| 1005. | Annual assessments (maint.) | | | | |
| 1006. | | | | | |
| 1007. | | | | | |
| 1008. | | | | | |
| 1009. | | | | | |
| **1100.** | **Title charges** | | | | |
| 1101. | Settlement or closing fee | to Absolute Title Services, Inc | | 175.00 | |
| 1102. | Abstract or title search | | | | |
| 1103. | Title examination | | | | |
| 1104. | Title insurance binder | | | | |
| 1105. | Document preparation QUIT CLAIM to STEVE SHAYKIN | | | 75.00 | |
| 1106. | Notary fees | | | | |
| 1107. | Attorney's fees to | | | | |
| | includes above items no.: | | | | |
| 1108. | Title insurance | to Absolute Title Services, Inc | | 460.00 | |
| | includes above items no.: | | | | |
| 1109. | Lender's coverage | $150,000.00 | $460.00 | | |
| 1110. | Owner's coverage | | | | |
| 1111. | EPA/COMP ENDORSEMENTS | to Absolute Title Services, Inc | | 115.00 | |
| 1112. | DOC PROCESSING FEE | to Absolute Title Services, Inc | | 148.00 | |
| 1113. | INCOMING WIRE FEE | to Absolute Title Services, Inc | | 20.00 | |
| 1114. | CONTRACT CLOSER FEE | to ACCORD CORP | POC 200.00 | | |
| 1115. | OFFSITE RENTAL | to AVD CONSULTING | POC 75.00 | | |
| 1116. | OVERNIGHT CUSTOMER FUNDS to Absolute Title Services, Inc | | | 20.00 | |
| 1117. | | | | | |
| 1118. | | | | | |
| 1119. | | | | | |
| 1120. | | | | | |
| **1200.** | **Government recording and transfer charges** | | | | |
| 1201. | Recording fees: | Deed $26.50 Mortgage $70.50 | | 97.00 | |
| 1202. | City/county tax/stamps: | | | | |
| 1203. | State tax/stamps: | | | | |
| 1204. | | | | | |
| 1205. | | | | | |
| 1206. | ILLINOIS RECORDING MANDATE to Absolute Title Services, Inc | | | 10.00 | |
| **1300.** | **Additional settlement charges** | | | | |
| 1301. | Survey | | | | |
| 1302. | Pest inspection | | | | |
| 1303. | PAY AS DIRECTED | to CATHERINE/TAPE REPORT | | 1,127.00 | |
| 1304. | PAY AS DIRECTED | to COLLECTION CO | | 1,009.00 | |
| 1305. | POLICY REGISTRATION | to THE STATE OF ILLINOIS | | 3.00 | |
| 1306. | PAY AS DIRECTED | to CREDIT PROTECTION ASSOC | | 323.00 | |
| 1307. | PAY AS DIRECTED | to RISK MANAGEMENTALT | | 138.00 | |
| 1308. | PAY AS DIRECTED | to RISK MANAGEMENT | | 113.00 | |
| 1400. | Total settlement charges (entered on lines 103, section J and 502, section K) | | | 9,970.48 | |

ANNA R. RICHARDSON

To the best of my knowledge, the HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

_____          _____10/24/05_____
Absolute Title Services, Inc                                   Date

**SELLER'S AND/OR PURCHASER'S STATEMENT** Seller's and Purchaser's signature hereon acknowledges his/their approval of tax prorations and signifies their understanding that prorations were based on taxes for the preceding year, or estimates for the current year, and in the event of any change for the current year, all necessary adjustments must be made between Seller and Purchaser; likewise any default in delinquent taxes will be reimbursed to Title Company by the Seller.

Title Company, in its capacity as Escrow Agent, is and has been authorized to deposit all funds it receives in this transaction in any financial institution, whether affiliated or not. Such financial institution may provide Title Company computer accounting and audit services directly or through a separate entity which, if affiliated with Title Company, may charge the financial institution reasonable and proper compensation therefore and retain any profits therefrom. Any escrow fees paid by any party involved in this transaction shall only be for checkwriting and input to the computers, but not for aforesaid accounting and audit services. Title Company shall not be liable for any interest or other charges on the earnest money and shall be under no duty to invest or reinvest funds held by it at any time. Sellers and Purchasers hereby acknowledge and consent to the deposit of the escrow money in financial institutions with which Title Company has or may have other banking relationships and further consent to the retention by Title Company and/or its affiliates of any and all benefits (including advantageous interest rates on loans) Title Company and/or its affiliates may receive from such financial institutions by reason of their maintenance of said escrow accounts.

The parties have read the above sentences, recognize that the recitations herein are material, agree to same, and recognize Title Company is relying on the same.

Purchasers/Borrowers                                           Sellers

_____          _____
ANNA R. RICHARDSON

_____          _____

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18: U.S. Code Section 1001 and Section 1010.

# THE BROOKS LAW FIRM

### 15008 Woodlawn Avenue
### Floor One
### Dolton, Illinois 60419

**Lloyd J. Brooks, CPCU**
**Attorney at Law**

**(708) 841-8000 Telephone**
**(708) 841-8080 Facsimile**
**lloyd.brooks@thebrooksfirm.com**
**www.thebrooksfirm.com**

October 17, 2007

**VIA CERTIFIED MAIL**
Fremont Investment & Loan
P.O. Box 19041
San Bernandino, California 92423-9041

**VIA CERTIFIED MAIL**
Mortgage Electronic Registration Systems
1595 Spring Hill Road
Vienna, Virginia 22182

Re:     Notice of Rescission and Lien
        Anna R. Richardson
        1647 S. Central Park Avenue, Chicago, Illinois 60623
        Fremont Loan No.:     5000182867 or 925000182867
        MERS MIN:    1001944-5000182867-3

To The Interested Parties Addressed Above:

Please be advised that this office has been retained on behalf of the above client to file suit against you and that we claim a lien upon said recovery for 1/3 or such amount as a court awards.

It appears that on October 24, 2005 Fremont Investment & Loan closed a mortgage loan to Anna R. Richardson, a disabled and elderly person.  The closing of the loan took place in her home and was closed by either her loan officer or contractor.  The purpose of the loan was to pay for some repairs and remodeling of Mrs. Richardson's home.  However, the closer of the loan never gave Mrs. Richardson copies of any of the documentation or disclosures presented at the closing.  In addition the proceeds of the loan were never paid to Mrs. Richardson.

You are hereby notified that Mrs. Richardson elects to cancel the loan of October 24, 2005 for failure to comply with the Truth in Lending Act and its implementing regulations, Regulation Z. Pursuant to 15 U.S.C. §1641, demand is made for the identity of the owner of this note and mortgage.  Pursuant to 12 U.S.C. §2605, I request an account history and a copy of all documents allegedly signed by my client at the closing.  I am requesting this documentation so that I may determine what, if anything, my client is obligated to repay.

Faithfully yours,

THE BROOKS LAW FIRM

Lloyd J. Brooks



Exhibit B

THE BROOKS LAW FIRM

Notice of Rescission and Lien
Anna R. Richardson
1647 S. Central Park Avenue, Chicago, Illinois 60623
Fremont Loan No.:     5000182867 or 925000182867
MERS MIN:   1001944-5000182867-3
October 17, 2007
Page 2

CC:    Arlene Y. Coleman., Esq.


      I, Lloyd Brooks, under penalty of perjury, as provided for by 28 U.S.C. §1746, certify that I had a copy of the foregoing document sent to the addresses for each entity addressed above via U.S. mails as indicated above each addressee on October 17, 2007.


_____
Lloyd Brooks