**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**NF**

**FILED**
**NOVEMBER 19, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6530**

In the Matter of                                                          Case Number:

Charlotte Horton, as guardian of Anna R. Richardson v.
Country Mortgage Services, Inc., Fremont Investment & Loan,
and Mortgage Electronic Registration Systems, Inc.

**JUDGE LINDBERG**
**MAGISTRATE JUDGE NOLAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Charlotte, Horton, as guardian of Anna R. Richardson

| | |
|---|---|
| NAME (Type or print) | |
| Lloyd J. Brooks | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Lloyd Brooks | |
| FIRM | |
| The Brooks Law Firm | |
| STREET ADDRESS | |
| 15008 Woodlawn Avenue | |
| CITY/STATE/ZIP | |
| Dolton, Illinois 60419 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6271994 | (708) 841-8000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |