## United States District Court for the Northern District of Illinois

Case Number: 07cv6530           Assigned/Issued By: NF

Judge Name: LINDBERG          Designated Magistrate Judge: NOLAN

### FEE INFORMATION

*Amount Due:* [✓] $350.00   [ ] $39.00   [ ] $5.00
              [ ] IFP       [ ] No Fee   [ ] Other _____
              [ ] $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                Receipt #: 2340517

Date Payment Rec'd: 11/19/7        Fiscal Clerk: _____

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
                                         (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

__3__ Original and __0__ copies on __11/19/7__ as to __ALL DEF'S 1-3__
                                    (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05