IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLOTTE HORTON, | |
| Plaintiff, | 2007 CV 6530 |
| vs. | Judge Lindberg |
| COUNTRY MORTGAGE SERVICES, INC.; *et al.*, | Magistrate Nolan |
| Defendants. | |

## NOTICE OF MOTION

To:   Lloyd Brooks
      The Brooks Law Firm
      Floor One, 15008 Woodlawn Avenue
      Dolton, IL  60419

Please take note that on January 30, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable George W. Lindberg, or any Judge sitting in his place and stead, in the Court Room usually occupied by him in room 1425 of the U.S. District Court for the Northern District of Illinois, Chicago, Illinois, and then and there present **County Mortgage Service, Inc.'s Motion To Dismiss**, a true and correct copy of which is attached hereto and is hereby served upon you.

By:   /s/ Ronald D. Menna, Jr.
         One of Defendant's Attorneys

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on January 4, 2008, he caused a copy of the foregoing **Notice of Motion** and **County Mortgage Service, Inc.'s Motion To Dismiss** by ECF as to Filing Users and upon non-ECF Filing Users as provided by Local Rule 5.5 by United States Mail, first-class postage pre-paid.

Dated: January 4, 2008

By:   /s/ Ronald D. Menna, Jr.
         One of Defendant's Attorneys

**FISCHEL & KAHN, LTD.**
Suite 2850, 190 S. LaSalle Street
Chicago, Illinois 60603
312-726-0440    312-726-1448 [FAX]
W:\DWI\T73-40 Country Mortgage Services adv Richardson\Pleadings\MTD - NOM.doc