**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 07 C 6530 |
| CHARLOTTE HORTON | |
| vs. | |
| COUNTRY MORTGAGE SERVICES, INC., et al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC., AND FREMONT INVESTMENT & LOAN

| | |
|---|---|
| NAME (Type or print) | |
| Ralph T. Wutscher | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Ralph T. Wutscher | |
| FIRM | |
| ROBERTS WUTSCHER, LLP | |
| STREET ADDRESS | |
| 10 S. LaSalle Street, Suite 3500 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois  60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| IL 6257298 | 312/ 551-9320 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |