IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLOTTE HORTON, as guardian of the estate of Anna R. Richardson, adjudicated disabled person<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTRY MORTGAGE SERVICES, INC.; an Illinois corporation; FREMONT INVESTMENT & LOAN a California corporation; and, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation.<br><br>    Defendants. | Case No.  07 C 6530<br><br>Judge Lindberg<br>Magistrate Judge Nolan |

**NOTICE OF FILING**

  PLEASE TAKE NOTICE that on this **18th day of January, 2008**, we caused to be filed with the United States District Court for the Northern District of Illinois, Eastern Division, **Fremont's and MERS's Answer and Affirmative Defenses** included with this Notice.

              **FREMONT INVESTMENT & LOAN,** and
              **MORTGAGE LECTRONIC REGISTRATION SYSTEMS, INC.**

Ralph T. Wutscher           Defendants,
ROBERTS WUTSCHER, LLP.
10 S. LaSalle Street, Suite 3500
Chicago, Illinois  60603
Tel.  (312) 551-9320         By:  /s/  Ralph T. Wutscher
Fax  (866) 581-9302           One of Their Attorneys

*Solely as to the defense of MERS and Fremont with regard*
*to the allegations of Count II and with regard to Affirmative Defenses 9 and 10*:

J. Michael Williams
Amy E. Bullock
COHON RAIZES & REGAL LLP
208 S. LaSalle Street, Suite 1860
Chicago, Illinois  60604
Tel.  (312) 726-2252         By:  /s/  J. Michael Williams
Fax  (312) 726-0609           One of Their Attorneys

## Certificate of Service

      I, Ralph T. Wutscher, an attorney, hereby certify that on **January 18, 2008**, service of a true and correct copy of this document and any referenced exhibits was accomplished pursuant to ECF on all parties who are Filing Users.

      /s/ Ralph T. Wutscher