# Exhibit C

| | | | |
|---|---|---|---|
| Date: | 10/21/05 | Application No: | 925000182867 |
| Applicant(s): | ANNA R RICHARDSON | Property Address: | 1647 S CENTRAL PARK AVE |
| | | | CHICAGO, IL 60623 |
| | | County: | COOK |

Vesting:

**ANNA R. RICHARDSON, AN UNMARRIED WOMAN**

Address: 2727 E IMPERIAL HIGHWAY
BREA, CA 92821

Lender: **FREMONT INVESTMENT & LOAN**
Beneficiary: **FREMONT INVESTMENT & LOAN**
Broker Type: **BROKER**
Legal Description: **SEE LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART THEREOF**

| | | | | | | |
|---|---|---|---|---|---|---|
| Closing Agent: | ABSOLUTE TITLE 2227 B HAMMOND SCHAUMBURG | Escrow No: | 40656 | Phone No: | 847.285.5900 |
| | | | IL 60173 | FAX No: | 847.285.5997 |
| Closing Officer: | | | | | |
| Title Agent: | ABSOLUTE TITLE 2227 B HAMMOND SCHAUMBURG | Title Order No: | 40656 | Phone No: | 847.285.5900 |
| | | | IL 60173 | FAX No: | 847.285.5997 |
| Title Officer: | | | | | |

| | | | |
|---|---|---|---|
| Loan Program: | 2YRFIX | Prepayment Penalty: NO PREPAY | Window: NO |
| Occupancy Type: | OWNER OCCUPIED | Loan Purpose: REFINANCE 1-4 UNITS | |
| Property Type: | 2 FAMILY | Refinance Type: CASH-OUT MISC | |

| | | | |
|---|---|---|---|
| Note Date: | 10/24/05 | 1st Payment Date: | 12/1/05 |
| Maturity Date: | 11/1/35 | Interest Rate: | 7.4500 |
| Amortization Term: | 360 | Yield: | 9.904 |
| Term: | 360 | Monthly P & I Payment: | 1,043.70 |
| | | Monthly Escrow Payment: | |
| Prepaid Interest: | 122.48 | Net Impounds Withheld: | |
| Margin/Spread: | 5.6931 | 1st Rate Change Date: | 11/1/07 |
| Floor Rate: | 7.450 | Frequency of Rate Chg.: | 6 Months |
| Ceiling Rate: | 13.4500 | 1st Payment Chg. Date: | 12/1/07 |
| Max Change Per Period: | 1.5000 | Frequency of Pmt. Chg.: | 6 Months |

| | | | |
|---|---|---|---|
| Hazard Insurance Premium Reserves | mo @$ | $ | |
| Flood Insurance Premium Reserves | mo @$ | $ | |
| Primary Property Tax Reserves | mo @$ | $ | |
| | mo @$ | $ | |
| | mo @$ | $ | Aggregate Adjustment |
| | mo @$ | $ | |
| | mo @$ | $ | |

| | | |
|---|---|---|
| Broker Yield Spread Premium : | 2,250.00 | |
| | PAID | DUE |
| Appraisal Fees to Appraiser | | 450.00 |
| Credit Reporting Fees to | | |
| Credit Reporting Agency | | 10.50 |

Itemization of Prepaid Finance Charge:

| | | |
|---|---|---|
| Lender Orig. Fee | | 894.00 |
| Broker Fee ( %) | | 2,543.00 |
| Loan Discount ( %) | | |
| Prepaid Interest ( 4 Days) | | |
| @ $ 30.62 per day | | 122.48 |
| Underwriting Fee | | |
| Escrow/Closing Agent Fee | | 638.00 |
| Application Fee | | |
| Doc Prep Fee | | |
| Tax Service Fee | | 60.00 |
| Wire Fee | | |
| Flood Cert. Fee | | 9.50 |
| Processing | | 495.00 |
| Other: COURIER FEE | | 25.00 |
| Other: | | |
| Other: | | |
| Other: | | |

| | | |
|---|---|---|
| | $ | |
| TITLE FEES: | $ 500.00 | |
| RECORDING FEE: | $ 100.00 | |
| Loan Proceeds to: | $ | 144,152.52 |
| ABSOLUTE TITLE | | |
| AMOUNT FINANCED | $ | 145,202.52 |
| Prepaid Finance Charge | $ | 4,797.48 |
| LOAN AMOUNT | $ | 150,000.00 |

Reviewed by

Date

Total Prepaid Finance Charge    4,797.48

FINALCK  fh091605

LENDER'S CLOSING INSTRUCTION

**FREMONT INVESTMENT & LOAN**
**1411 OPUS PLACE ~ SUITE 600 DOWNERS GROVE, IL 60515**
DOCUMENT DATE:   10/24/05

DOCUMENTS EXPIRE:   10/24/05

FUNDING DATE:   10/28/05

| | |
|---|---|
| TO CLOSING AGENT: | • ABSOLUTE TITLE<br>• 2227 B HAMMOND<br>• SCHAUMBURG, IL 60173<br>• 847.285.5900 |
| ATTN: | FAX #: 847.285.5997 |

| | |
|---|---|
| TO TITLE: | • ABSOLUTE TITLE<br>• 2227 B HAMMOND<br>• SCHAUMBURG, IL 60173<br>• 847.285.5900 |
| ATTN: | FAX #: 847.285.5997 |

APPLICATION NO:   925000182867
CLOSING REF:   40656
TITLE REF:   40656
LOAN NAME:   ANNA R RICHARDSON

MONTHLY PAYMENT:

| | | |
|---|---|---|
| P & I | 1,043.70 | IMPOUNDS SUB-TOTAL |
| TAX | | |
| INS. | To Follow | To Follow |
| PMI/MMI | | |
| TOTAL | | |

We enclose the following documents necessary to complete the above-captioned loan. Return all documents completed as shown at the time funds are requested. Please include one certified copy (each) of the Note, Deed / Mortgage and T.I.L.
**DO NOT DISBURSE WITHOUT CALLING LENDER FOR FUNDING NUMBER. BEFORE YOU CAN DISBURSE, LENDER MUST RECEIVE VIA FAX THE FOLLOWING:**

  1. **HUD-1**
  2. **NOTE**
  3. **MORTGAGE / DEED OF TRUST**
  4. **TRUTH IN LENDING**
  5. **RIGHT OF RECISSION (IF APPLICABLE)**
  6. **OTHER CONDITIONS AS DEEMED NECESSARY BY THE LENDER**

  **** Please Refer to page 7 and 8 for Additional Items Sent ****

  **ALL DOCUMENTS MUST BE DATED AND SIGNED BY EACH PERSON EXACTLY AS THEIR NAMES APPEAR**

  **CUSTOMER IS TO BE SIGNED BY CLOSING AGENT - BROKER MAY BE PRESENT**

**NO POWER OF ATTORNEY CLOSINGS ARE PERMITTED WITHOUT PRIOR APPROVAL OF THE LENDER**

I.   **CONDITIONS TO BE SATISFIED PRIOR TO DISBURSEMENT OF LOAN PROCEEDS:**

A.   TITLE INSURANCE REQUIREMENTS :

A1.   You will issue an ALTA Loan Title Insurance Policy (10-17-92) with policy limits in the amount of **150,000.00** ; the name of the insured shall be **FREMONT INVESTMENT & LOAN** it's successors and/or assigns."

A2.   Unless otherwise approved by the Lender, the Borrower(s) interest in the collateral property must be a fee simple estate and the vesting of title must be as follows:

   **ANNA R. RICHARDSON, AN UNMARRIED WOMAN**

A3.   Property Address:  **1647 S CENTRAL PARK AVENUE   CHICAGO, IL 60623**
   County:   **COOK**

First Payment Date:  **December 1, 2005**   Interest Rate:   **7.450  % ADJUSTABLE**

Last Payment Date:  **November 1, 2035**   Term:  **360**

A4.   The following endorsements must be attached to the title insurance policy:

   **8.1, 100, 111.5, 116, EPA,COMP,ARM,LOC ENDOR**

A5.   Schedule B to the title insurance policy must be free from all liens, encumbrances, easements, encroachments and other title matters, except the following: Gen. & Spec. taxes for Fiscal Year **PAY 2ND INSTL TAXES** , and the following numbered items **NEED CLEAR TITLE** as shown in the preliminary report or commitment dated   **9/22/05**

A6.   The following numbered items, which are described in the preliminary report or commitment dated **9/22/05**   must be shown in Schedule B of the title insurance policy as subordinate to the lien of the insured mortgage:

A7.   Secondary mortgage financing in the amount of $ **NONE**   has been approved.   The HUD-1 Settlement Statement must clearly delineate the charges that are specific to each loan.

CLOIN1   REV 072304 tg
Borrower's Initials: _A.R.R._

RICHARDSON
925000182867

B.    HAZARD  INSURANCE  REQUIREMENTS  :

B1.    Borrower(s) must provide a copy of the paid insurance policy, or evidence of insurance and paid receipt for hazard insurance coverage. Application and paid receipt for and flood insurance coverage, if the property is located in a Special Flood Hazard Area.

B2.    Dwelling coverage must be equal to the lesser of the loan amount or the full replacement cost of the property improvements, and have an expiration date as follows:
(a) Refinances: Minimum of 90 days after the closing date, renewable at least semi-annually;
(b) Purchases: Minimum one (1) year after the closing date, renewable at least semi-annually.

B3.    The Loss Payee shall be:

    **FREMONT INVESTMENT & LOAN
    ITS SUCCESSORS AND/OR ASSIGNS
    P.O. BOX 658
    AMELIA, OH 45102
    Loan Number: 5000182867**

C.    DOCUMENTS :

C1.    (A) Deliver one (1) copy of all loan documents to the Borrower(s);  (B) if a refinance, deliver (i) one (1) copy of the Federal Truth-in-Lending Disclosure Statement to each non Borrower who is required to sign the mortgage or deed of trust, and (ii) two copies of the Notice of Right to Cancel to each Borrower and each non Borrower who is required to sign the Mortgage or Deed of Trust; and (C) No more than one (1) original note should be signed.  DO NOT MAKE DUPLICATE ORIGINAL NOTES.

C2.    If a Notice of Right to Cancel is enclosed, please ensure that this document is completed and delivered as follows:
(i) There must be a rescission or cancellation date appearing in the last paragraph of the "How to Cancel" section and this date must be at least three (3) business days following the last date that the document is signed by the necessary parties (Sundays and legal holidays are not counted as business days);
(ii) Each Borrower and each person who is required to sign the mortgage or deed of trust must sign and date the document at the very bottom;
(iii) Each Borrower and each person who is required to sign the mortgage or deed of trust must receive two (2) copies of the completed Notice of Right to Cancel.

C3.    The Lender's package of original loan documents must be returned, together with certified copies of all documents to be recorded (e.g., mortgage, deed of trust, Grant Deed, Warranty Deed, Quit Claim Deed, Power of Attorney, etc.), to:    **FREMONT INVESTMENT & LOAN**
                    **attn: Funding Dept within 24 hours of signing.** Failure to comply with these instructions will delay funding.

D.    FEE  AND  PAYOFF  REQUIREMENTS  :

It is a condition to the funding of this loan that the fees described in Section II, Loan Fee Disbursements, and the payoffs described in Section III, Creditor Payoffs, are to be made through this closing.  All disbursements must be accurately described on the HUD-1 Settlement Statement. Except as expressly set forth herein, no other creditors or liens are to be paid without the express written approval of the Lender.

E.    HUD-1  SETTLEMENT  STATEMENT :

E1.    The final HUD-1 Settlement Statement must accurately describe the receipts and disbursements indicated in these closing instructions and any amended closing instructions; each recipient of fees or disbursements must be clearly identified.

E2.    If any changes to the fees occur, without the express approval of the lender, the loan documents will need to be redrawn and resigned by the appropriate parties.

E3.    You are to deliver the HUD-1 Settlement Statement to the Lender as follows:

☑  A certified copy of the final HUD-1 Settlement Statement must be returned with the closing documents.

☐  A certified copy of the final HUD-1 Settlement Statement must be returned within 48 hours of the disbursement of funds.

E4.    If this is a purchase transaction, sellers' funds must be disbursed to sellers only, unless you have received lender's written approval to do otherwise.

**Please send the original final HUD-1 Settlement Statement to the following address:**
**FREMONT INVESTMENT & LOAN**
**1411 OPUS PLACE - SUITE 600 DOWNERS GROVE, IL 60515**

Borrower's Initials _A.R.R._



F.   GOOD FUNDS :

The total consideration in this transaction, except for our loan and any approved secondary financing, must be in the form of cash delivered to the closing agent. All cash deposits to be made by the Borrower in excess of $1,000 shall be in the form of a bank wire, cashier's check, money order or certified check. You are not authorized to accept personal checks in excess of $1,000 or currency in any amount. A copy of the cashier's check, certified check, money order or personal check must be returned to the funder with the closing documents. Failure to meet this requirement may delay funding.

G    GENERAL REQUIREMENTS :

G1.  All Borrowers must sign and date these Lender's Closing Instructions.

G2.  The closing agent must sign and date these Lender's Closing Instructions.

G3.  The Lender must approve of all corrections and modifications to the loan documents in advance; if you return any documents to us with "white-out" or unauthorized changes, they will need to be redrawn and resigned; any authorized changes to a document must be initialed by all of the parties who are required to sign that document.

G4.  If, for any reason, this loan does not close within 24 hours of your receipt of funds, immediately return all documents to the lender and wire all funds to:  ABA #322286447
FRE INVST LOAN 5000182867        . In addition please contact your funder at:
SANDRA REYES          630-515-4787

G5.  Do not close this loan or record any documents without the prior written approval of      the Lender, if you have knowledge of any contemporaneous transfer of title to the collateral property from or to anyone, except the parties who are shown as vested with title in the title commitment or preliminary report, or who are described in Section I, Paragraph A2 of these Lender's Closing Instructions.

G6.  Do not close this loan or record any documents without the prior written approval of the Lender, if you have knowledge of any secondary financing not shown in Section I, Paragraph A7 of these Lender's Closing Instructions.

G7.  Forward a conformed copy of the mortgage or deed of trust immediately upon recording to:
FREMONT INVESTMENT & LOAN
P.O. BOX 34078, FULLERTON, CA 92834-34078

Borrower's Initials

RICHARDSON
925000182867

## II. LOAN FEE DISBURSEMENTS:

| SALES PRICE | | LOAN AMOUNT |
|---|---|---|
| $ | | $  150,000.00 |

$  30.62   PER DIEM INTEREST
FROM  10/28/05   TO  11/1/05

| | 122.48 |
|---|---|

| | | | |
|---|---|---|---|
| Hazard Insurance Premium Reserves | mo @$ | $ | |
| Flood Insurance Premium Reserves | mo @$ | $ | |
| Primary Property Tax Reserves | mo @$ | $ | |
| | mo @$ | $ | |
| | mo @$ | $ | |
| | mo @$ | $ | |
| | mo @$ | $ | |

TOTAL IMPOUNDS
AGGREGATE ESCROW ADJUSTMENT

| | POC | LENDER | BROKER * | OTHER |
|---|---|---|---|---|
| Lender Origination Fee(0.5960%) | $ | $  894.00 | $ | $ |
| Broker FEE  (1.8533%) | $ | $ | $  2,780.00 | $ |
| Loan Discount Fee | $ | $ | $ | $ |
| Appraisal Fee | $ | $ | $  450.00 | $ |
| Credit Report | $ | $ | $  10.50 | $ |
| Underwriting Fee | $ | $  0.00 | $ | $ |
| Escrow/Closing Agent Fee | $ | $ | $ | $  400.00 |
| Application Fee | $ | $  0.00 | $ | $ |
| Doc Prep Fee | $ | $  0.00 | $ | $ |
| Tax Service -LandAmerica Tax and          Flood Services | $ | $  60.00 | $ | $ |
| Wire Fee | $ | $  0.00 | $ | $ |
| Flood Cert. Fee -LandAmerica Tax and          Flood Services | $ | $  9.50 | $ | $ |
| Processing Fee | $ | $  0.00 | $  495.00 | $ |
| COURIER FEE | $ | $ | $  25.00 | $ |
| | $ | $ | $ | $ |
| | $ | $ | $ | $ |
| | $ | $ | $ | $ |
| | $ | $ | $ | $ |
| | $ | $ | $ | $ |

* COUNTRY MORTGAGE SERVICES INC

DEDUCTION SUBTOTAL   $  4,724.00    WIRE AMOUNT:   $ 151,164.02

All POC (paid outside closing) items must describe the recipient and amount paid.   Yield Spread Premiums
(YSP) should be described as: "Yield Spread Premium   2,250.00
paid by lender to   COUNTRY MORTGAGE SERVICES INC

## III. CREDITOR PAYOFFS:

The following creditors are required to be paid the amounts shown below, as a condition of the loan:

SEE ATTACHED LIST OF CREDITORS TO BE PAID OFF (IF APPLICABLE)

IF YOU HAVE ANY QUESTIONS CONCERNING THESE INSTRUCTIONS, OR IF THERE
WILL BE ANY DELAYS, PLEASE CONTACT YOUR FUNDER  SANDRA REYES
AT PHONE NUMBER  630-515-4787 ; FAX NUMBER      630-725-3914

Borrower's Initials:

IV.    **LENDER'S SPECIAL CONTINGENCIES:**

The following lender's special contingencies must be satisfied prior to the disbursement of funds and the consummation of this loan transaction.    YOU MUST NOT DISBURSE FUNDS OR OTHERWISE CLOSE THIS LOAN UNTIL YOU RECEIVE WRITTEN CONFIRMATION FROM THE LENDER THAT THESE SPECIAL CONTINGENCIES HAVE BEEN MET:

1. VERIFICATION LENDER WILL BE IN 1ST LIEN POSITION

2. FINAL HUD 1 SHOWING LIEN PAYOFF DEMANDS.

3 CLOSING PROTECTION LETTER TO INSURED LENDER, ITS SUCCESSOR AND/OR ASSIGNS

1. FAX HUD FOR APPROVAL;    CUST TO SIGN THE (FAXED) 1003;

2. PAY $1291.00 TO AMERICAN FAMILY INS.

3. PAY $450.00 TO ACTIVE APPRAISALS PLUS, INC.

4. ATTACH LEGAL TO MTG & PROVIDE US W/A COPY;

5. PAY 2ND INSTL TAXES @CLOSING;    NEED A MARKED UP TITLE;

6. CLOSER TO SIGN OR PROVIDE 1ST LIEN LTR;

7. PLEASE RETURN PKG W/IN 24HRS AFTER THE CLOSING;

8. DON'T FUND UNTIL FREMONT HAS GIVEN YOU A FUNDING#.    THANKS.

Borrower's Initials _A.R.R._

RICHARDSON
925000182867

This loan must be closed and disbursed according to these instructions. If you obtain information that is contrary to the information contained herein, do NOT proceed with closing until you have contacted your Funder for authorization of changes. Do NOT disburse any funds until you have complied with all of the requirements contained in these instructions.

This loan was closed and disbursed in strict accordance with these instructions.

CLOSING AGENT:

_____        10/24/05
Closing Agent                           Date


THE UNDERSIGNED, hereby acknowledge receipt of these Lender's Closing Instructions and consent to the terms and conditions described herein.


BORROWERS(S):

_____  Date: 10/24/05  _____  Date: _____
ANNA H RICHARDSON


_____  Date: _____  _____  Date: _____


# RETURN COMPLETED CLOSING PACKAGE

# TO THE FOLLOWING:

SANDRA REYES

FREMONT INVESTMENT & LOAN

1411 OPUS PLACE - SUITE 600

DOWNERS GROVE, IL 60515

Borrower's Initials: _____

RICHARDSON
925000182867

---

**LIST OF ADDITIONAL DOCUMENTS**

---

NOTE AND APPLICABLE RIDERS
DEED OF TRUST/MORTGAGE AND APPLICABLE RIDERS
ADJUSTABLE RATE RIDER
CREDITORS TO SATISFY
ESTIMATED PAYMENT LETTER
ESCROW INPOUND AGREEMENT
ERRORS AND OMISSIONS
CERTIFICATION & AUTHORIZATION
FLOOD & DISASTER NOTICE
IRS FORMS 4506 AND/OR W9
SIGNATURE/NAME AFFIDAVIT
SERVICING TRANSFER DISCLOSURE
ARM DISCLOSURE
TRUTH IN LENDING
APPRAISAL NOTICE
HOLD HARMLESS LETTER
ITEMIZATION OF AMOUNT FINANCED
PAYMENT NOTICE TO BORROWER
INSURANCE DISCLOSURE
ADDRESS CERTIFICATION
CLOSING INSTRUCTIONS


1-4 FAMILY UNIT RIDER
NOTICE OF RIGHT TO CANCEL
OCCUPANCY AFFIDAVIT AND FINANCIAL STATUS
BRKR 1003,H.O INS,
APPRAISAL INVOICE
1ST LIEN LTR
HAZARD INS & AUTH AND REQUIREMENTS

Borrower's Initials: *A.R.R.*

## CONTINUATION LIST OF ADDITIONAL DOCUMENTS (X if applicable)

_____ CO Refinance Disclosure
_____ CT Application Disclosure
_____ CT Release Rider
_____ FL Anti-coercion Notice
_____ FL Error & Omissions/Compliance Agreement
_____ IA Oral Agreement Disclosure
_____ ID Prepayment Penalty Disclosure
_____ IL Mortgage Escrow Account Act
_____ KS Prepayment Rider To Note
_____ KY Reminder to Closing Agent
_____ MA Application Disclosures
_____ MA Attorney Disclosures
_____ MA Certification & Indemnification Agreement
       Installation of Approved Smoke Detectors
_____ MA Consumer's Guide to Obtaining a Home
       Mortgage
_____ MA Lead Paint Agreement
_____ MA Parties in Possession & Mechanics Lien
       Affidavit
_____ MA Mortgage Lender Disclosures
_____ MA Mortgage Review Letter
_____ MA Uniform Mortgage Loan Cost Worksheet
_____ MA Borrower Benefit Worksheet
_____ MA Refinance Benefit Letter
_____ MD Closing Attorney's Fee Certification
_____ MD Financing Agreement
_____ MD Supplement to Mtg Loan Application
_____ ME Notification to Buyer(s) of Withholding
       Tax Requirement
_____ ME Credit Reporting Notice
_____ ME Right to Own Attorney/Agent Disclosure
_____ MI Request to Rescind/Withdraw Homestead
       Exemption
_____ MI Borrowers Bill of Rights
_____ MI Consumer Caution & Home Ownership
       Counseling Notice
_____ MI Title Requirements
_____ MN Notice Pursuant to MN Statute Sect.
       386.375, Subsection 3 (1987) Abstract of Title
_____ MN Notice to Closing Agent (Prepymt Penalty)
_____ MO Indexing Coversheet
_____ NC Release Rider
_____ NJ Properties-Right to Own Attorney Disclo.
_____ NJ Initial Tax Authorization Notice
_____ NV Closing Location & Doc Acknowledgmt
_____ NY Tax Escrow Accounting Designation of
       Mtg Investing Institution to Receive Tax Bills
_____ NY Escrow Account Option Notice
_____ NY Interest Rate Disclosure
_____ NY Junior Lien Disclosure
_____ NY Prevailing Interest Rate Commitment
_____ NY Smoke Alarm Affidavit
_____ NY Balloon Disclosures
_____ NY Prepayment Rider to Note
_____ NY Real Property Ins Escrow Accounting
       Disclosure
_____ OH Toledo Home Loan Disclosure
_____ RI Notification to Buyer(s) of Withholding
       Tax Requirement
_____ SC Reminder to The Closing Agents
_____ SC Release Rider
_____ SC Definition of Truth-in-Lending Terms
_____ SC & NC Attorney/Insurance Preference
       Checklist
_____ TN Notice and Waiver of Title Insurance
_____ TX Loan Agreement Addendum
_____ TX Waiver of Escrow

_____ UT Disclosure of Servicer
_____ VA Attachment to Deed of Trust Cover Page
_____ Appraisal Conditions
_____ Assignment of Promissory Note
_____ Completion Cert for Property Improvements
_____ Notice of Assignment, Sale or Transfer of
       Servicing Rights
_____ Notice to Assignee (Investor)
  X    Automatic Payment Service - Application

XSS-11/16/2005

# ACKNOWLEDGEMENT OF BORROWER PHOTOGRAPHIC IDENTITY
## (To be completed by Closing Agent)

**Instructions to Closing Agent**: Please complete the Borrower Photographic Identity information for each Borrower by marking the appropriate box for the type of identification you have examined (only one is necessary) and by noting the information that is requested.

Identification Presented For _____ **ANNA R RICHARDSON**

- [ ] State Driver's License
- [X] State Identity Card with Photo
- [ ] U.S. Passport
- [ ] Other State or U.S. Government Issued Identity with photo. Type: _____

Issuing Government Agency: *Sec of State*

Identification Number: *2630 5012 881R*

Expiration Date: *10/21/10*

Issue Date, if Applicable: *05/08/00*

Identification Presented For _____

- [ ] State Driver's License
- [ ] State Identity Card with Photo
- [ ] U.S. Passport
- [ ] Other State or U.S. Government Issued Identity with photo. Type: _____

Issuing Government Agency: _____

Identification Number: _____

Expiration Date: _____

Issue Date, if Applicable: _____

Identification Presented For _____

- [ ] State Driver's License
- [ ] State Identity Card with Photo
- [ ] U.S. Passport
- [ ] Other State or U.S. Government Issued Identity with photo. Type: _____

Issuing Government Agency: _____

Identification Number: _____

Expiration Date: _____

Issue Date, if Applicable: _____

Identification Presented For _____

- [ ] State Driver's License
- [ ] State Identity Card with Photo
- [ ] U.S. Passport
- [ ] Other State or U.S. Government Issued Identity with photo. Type: _____

Issuing Government Agency: _____

Identification Number: _____

Expiration Date: _____

Issue Date, if Applicable: _____

Identification Presented For _____

- [ ] State Driver's License
- [ ] State Identity Card with Photo
- [ ] U.S. Passport
- [ ] Other State or U.S. Government Issued Identity with photo. Type: _____

Issuing Government Agency: _____

Identification Number: _____

Expiration Date: _____

Issue Date, if Applicable: _____

Identification Presented For _____

- [ ] State Driver's License
- [ ] State Identity Card with Photo
- [ ] U.S. Passport
- [ ] Other State or U.S. Government Issued Identity with photo. Type: _____

Issuing Government Agency: _____

Identification Number: _____

Expiration Date: _____

Issue Date, if Applicable: _____

I, the undersigned, acknowledge that I have examined the photographic identity noted above for each borrower and that the information provided herein is complete and accurate to the best of my knowledge.

Closing Agent: _____     Date: *10/24/05*