IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLOTTE HORTON, as guardian of the estate of Anna R. Richardson, adjudicated disabled person )<br><br>Plaintiff, )<br><br>v. )<br><br>COUNTRY MORTGAGE SERVICES, INC.; an Illinois corporation; FREMONT INVESTMENT & LOAN a California corporation; and, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation. )<br><br>Defendants. ) | Case No. 07 C 6530<br><br>Judge Lindberg<br>Magistrate Judge Nolan |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on this **28th day of January, 2008**, we caused to be filed with the United States District Court for the Northern District of Illinois, Eastern Division, **Fremont's Cross Claims and Third Party Complaint** included with this Notice.

|  |  |
|---|---|
|  | **FREMONT INVESTMENT & LOAN,** |
| Ralph T. Wutscher | Defendant, |
| ROBERTS WUTSCHER, LLP. |  |
| 10 S. LaSalle Street, Suite 3500 |  |
| Chicago, Illinois 60603 |  |
| Tel. (312) 551-9320 | By:   /s/ Ralph T. Wutscher |
| Fax (866) 581-9302 | One of Its Attorneys |

### Certificate of Service

I, Ralph T. Wutscher, an attorney, hereby certify that on **January 28, 2008**, service of a true and correct copy of this document and any referenced exhibits was accomplished pursuant to ECF on all parties who are Filing Users.

/s/ Ralph T. Wutscher