UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Charlotte Horton
                                    Plaintiff,
v.                                                     Case No.: 1:07−cv−06530
                                                       Honorable George W. Lindberg
Country Mortgage Services, Inc., et al.
                                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 30, 2008:

    MINUTE entry before Judge George W. Lindberg : Status hearing held and continued to 2/21/2008 at 9:00a.m. Response to the motion to dismiss due 2/13/2008. Reply due 2/20/2008. Ruling set for 3/19/2008 at 9:30a.m.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.