## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6530 | **DATE** | 1/30/2008 |
| **CASE TITLE** | Charlotte Horton vs. Country Mortgage Services, Inc. | | |

**DOCKET ENTRY TEXT**

Defendant's cross-claim [17] is stricken because a crossclaim is not to be filed as separate document mut must be pled as part of the answer. See FRCP 7(a), 13(g). Defendant is granted leave to file an amended answer pleading its cross-claim. In contrast, defendant's third party claim is to be pled in a separate pleading. See FRCP 7, 14(a).

Docketing to mail notices.

| | Courtroom Deputy Initials: | slb |
|---|---|---|