IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLOTTE HORTON, as guardian of the estate of Anna R. Richardson, adjudicated disabled person | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.  07 C 6530 |
| COUNTRY MORTGAGE SERVICES, INC.; an Illinois corporation; FREMONT INVESTMENT & LOAN a California corporation; and, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation. | ) ) ) ) ) ) ) ) | Judge Lindberg Magistrate Judge Nolan |
| Defendants. | ) | |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that on this **1st day of February, 2008**, we caused to be filed with the United States District Court for the Northern District of Illinois, Eastern Division, **Fremont's and MERS's Amended Answer, Affirmative Defenses and Cross Claim** included with this Notice.

|  | **FREMONT INVESTMENT & LOAN,** |
|---|---|
| Ralph T. Wutscher | Defendant, |
| ROBERTS WUTSCHER, LLP. | |
| 10 S. LaSalle Street, Suite 3500 | |
| Chicago, Illinois  60603 | |
| Tel.  (312) 551-9320 | By:    /s/  Ralph T. Wutscher |
| Fax  (866) 581-9302 | One of Its Attorneys |

**Certificate of Service**

I, Ralph T. Wutscher, an attorney, hereby certify that on **February 1, 2008**, service of a true and correct copy of this document and any referenced exhibits was accomplished pursuant to ECF on all parties who are Filing Users.

/s/  Ralph T. Wutscher