# AFFIDAVIT OF SERVICE OF PROCESS

**CASE NO.** 07 C 6530
**CLIENT.** Roberts Wutscher LLP

I, Ryan Flaska, a special appointed process server and a licensed private investigator, an employee of E.L. Johnson Investigations, on oath, state that I have:

**X** SUCCESSFULLY COMPLETED SERVICE OF THE WITHIN SERVICE OF **Summons in a Civil Case and Fremont's Cross Claims and Third Party Complaint**

___ PERSONAL SERVICE:   *By leaving a copy of document with each individual personally.*

___ ABODE SERVICE:   *By leaving a copy of the document at the usual place of residence of each individual defendant with a person of family, of the age of 13 years, or upwards, informing that person of the contents of the papers and also sending a copy of the document in a sealed envelope with postage fully prepaid and addressed to each individual defendant at his usual place of abode.*

**X** CORPORATE SERVICE:   *By leaving a copy of the documents with a registered agent or officer of the corporation.*

**Name of Defendant:** Absolute Titles Services, In. c/o Steven M. Shaykin, Registered Agent
**Given to:** Laura Sobieski - Agent
**Sex:** F   **Race:** W   **Age:** 25
**Comments:**
**Place:** 2227A Hammond Drive; Schaumburg, IL 60173
**State:** IL   **County:** Cook
**Date:** 2/5/2008   **Time:** 11:35 a.m.   **Abode:**

Signature of Private Detective: *Ryan Flaska*
Perc #: 0129-2906930
Date: 2/6/2008

Subscribed and sworn before me this

2/6/2008
Date

Signature of Notary Public

E. L. Johnson Investigations
53 West Jackson Blvd., Ste. 915
Chicago, Illinois 60604
(312) 583-1167 Phone
(312) 583-1169 Fax
License No. 117-000912



OFFICIAL SEAL
Christine Rodriguez
Notary Public, State of Illinois
My Commission Expires 06/22/2010