IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLOTTE HORTON, as guardian of the estate of Anna R. Richardson, adjudicated disabled person | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 07 C 6530 |
| COUNTRY MORTGAGE SERVICES, INC.; an Illinois corporation; FREMONT INVESTMENT & LOAN a California corporation; and, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation. | ) ) ) ) ) ) ) ) | Judge Lindberg Magistrate Judge Nolan |
| Defendants. | ) | |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that on this **6th day of February, 2008**, we caused to be filed with the United States District Court for the Northern District of Illinois, Eastern Division, the **Affidavit of Service of Process – Third Party Defendant Absolute Title Services, Inc.** included with this Notice.

**FREMONT INVESTMENT & LOAN,**
Defendant/Third Party Plaintiff,

Ralph T. Wutscher
ROBERTS WUTSCHER, LLP.
10 S. LaSalle Street, Suite 3500
Chicago, Illinois 60603
Tel. (312) 551-9320      By:   /s/ Ralph T. Wutscher
Fax (866) 581-9302            One of Its Attorneys

**Certificate of Service**

I, Ralph T. Wutscher, an attorney, hereby certify that on **February 6, 2008**, service of a true and correct copy of this document and any referenced exhibits was accomplished pursuant to ECF on all parties who are Filing Users.

/s/ Ralph T. Wutscher