**ORIGINAL**

LETTERS OF OFFICE - PLENARY GUARDIAN OF ESTATE OF A DISABLED PERSON     (Rev. 12/22/03) CCP 0205

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT-PROBATE DIVISION

Estate of  
ANNA R. RICHARDSON

A Disabled Person

No.   2006 P 000527  
Docket  
Page

0000029.1509  
2006

### LETTERS OF OFFICE - PLENARY GUARDIAN OF ESTATE OF A DISABLED PERSON

**CHARLOTTE HORTON**     has been appointed

plenary guardian of the estate of     **ANNA R. RICHARDSON**,

a disabled person, and is authorized to have the care, management and investment of the ward's estate and to do all acts required by law.

WITNESS, June 07, 2006

Dorothy Brown  
Clerk of the Circuit Court

### CERTIFICATE

I certify that this is a copy of the letters of office now in force in this estate.

WITNESS, June 07, 2006

DLB

Clerk of Court