**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **CHARLOTTE HORTON**, as guardian of the estate of Anna R. Richardson, adjudicated disabled person,<br><br>                                        Plaintiff,<br><br>v.<br><br>**COUNTRY MORTGAGE SERVICES, INC.**; an Illinois corporation; **FREMONT INVESTMENT & LOAN**, a California corporation; and, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**, a Delaware corporation.<br><br>                                        Defendants. | )<br>)<br>)<br>) 07 cv 6530<br>)<br>) Judge Lindberg<br>) Magistrate Judge Nolan<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

To:    See Attached Service List

       Please Take Notice that on February 22, 2008 I caused to be filed with the Clerk of the Court in the above captioned matter, **Plaintiff's Response to Country Mortgage Services, Inc.'s Motion to Dismiss**, a copy of which is hereby served upon you.

                                                            Respectfully Submitted,


                                                            /S/ Lloyd Brooks
                                                            _____
                                                            Attorney for Plaintiff

State Bar No. 6271994
Lloyd Brooks
The Brooks Law Firm
15008 Woodlawn Avenue
Dolton, Illinois 60419
(708) 841-8000 Telephone
(708) 841-8080 Facsimile
E-mail: lloyd.brooks@thebrooksfirm.com
*Attorney for Plaintiff*

### Certificate of Service

I, Lloyd Brooks, an attorney certify that on February 22, 2008 he served the parties listed below with a copy of this document via electronic service.

_____
Lloyd Brooks

| | |
|---|---|
| Ronald D. Menna, Jr.<br>**Fischel & Kahn, Ltd.**<br>190 S. LaSalle Street, Suite 2850<br>Chicago, Illinois 60603<br>*Counsel for Country Mortgage Services* | David A. Ward<br>**Ward & Metti, P.C.**<br>2516 Waukegan Road, Suite 300<br>Glenview, Illinois 60025-1774<br>*Counsel for Absolute Title Services, Inc.* |
| Ralph T. Wutscher<br>**Roberts Wutscher, LLP**<br>10 S. LaSalle Street, Suite 3500<br>Chicago, Illinois 60603<br>*Counsel for Fremont Investment & Loan and Mortgage Electronic Registration Systems, Inc.* | J. Michael Williams<br>Amy E. Bullock<br>**Cohon Raizes & Regal LLP**<br>208 S. LaSalle Street, Suite 1860<br>Chicago, Illinois 60604<br>*Counsel for Fremont Investment & Loan* |