IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLOTTE HORTON, as guardian of the Estate of Anna R. Richardson, Adjudicated Disabled Person<br><br>                Plaintiff,<br>     v.<br><br>COUNTRY MORTGAGE SERVICES, INC., FREMONT INVESTMENT & LOAN, and MORTGAGE ELECTRONIC<br>    REGISTRATION SYSTEMS, INC.,<br><br>                Defendants. | No.  2007  C  6530<br><br>Hon. George W. Lindberg |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on February 25, 2008 we filed with the clerk of the court Third-Party Defendant Absolute Title Services, Inc.'s Answer and Affirmative Defenses to Third-Party Plaintiff Fremont Investment & Loan's Third-Party Complaint, a copy of which is hereby served upon you.

                                     ABSOLUTE TITLE SERVICE, INC.

                                     By: _/s/ David A. Ward_
                                             David A. Ward, Its Attorney

**WARD AND METTI, P.C.**
2516 Waukegan Road, Suite 300
Glenview   IL   60025-1774
(847) 657-8387
ARDC Number 06184451

**CERTIFICATE OF SERVICE**

  I, David A. Ward, an attorney, do certify that I served Absolute Title Services, Inc.'s Answer and Affirmative Defenses to the Third-Party Complaint pursuant to ECF as to the following ECF Filing Users:

Lloyd J. Brooks
The Lloyd Brooks Law Firm
15008 Woodlawn Avenue, 1st Floor
Dolton   IL   60419
708-841-8000
lloyd.brooks@thebrooksfirm.com

Amy E. Bullock
abullock@cohonraizes.com
J. Michael Williams
mwilliams@cohonraizes.com
Cohon, Raizes & Regal LLP
208 South LaSalle Street, Suite 1860
Chicago   IL   60604

Ronald D. Menna, Jr.
RMenna@fischelkahn.com
Fischel & Kahn, Ltd.
190 South LaSalle Street, Suite 2850
Chicago   IL   60603
312-726-040

Ralph T. Wutscher
rwutscher@rw-llp.com
Roberts Wutscher, LLP
10 South LaSalle Street, Suite 3500
Chicago   IL   60603
312-551-9302

on this 25th day of February, 2008 with a courtesy copy to the court on February 26, 2008.

                 */s/ David A. Ward*
                 David A. Ward, Attorney