IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLOTTE HORTON, as guardian of the Estate of Anna R. Richardson, Adjudicated Disabled Person )<br>)<br>)<br>)<br>    Plaintiff,    )<br>        v.    )<br>)<br>COUNTRY MORTGAGE SERVICES, INC., )<br>FREMONT INVESTMENT & LOAN, and )<br>MORTGAGE ELECTRONIC )<br>    REGISTRATION SYSTEMS, INC.,    )<br>)<br>    Defendants.    ) | No. 2007 C 6530<br><br>Hon. George W. Lindberg |

## NOTICE OF PRESENTMENT

**PLEASE TAKE NOTICE** that on March 19, 2008 at 9:30 am, we shall appear before the Honorable George W. Lindberg in courtroom 1425 of the United States District Courthouse, 219 South Dearborn Street, Chicago IL 60604 and present Third-Party Defendant Absolute Title Services, Inc.'s Rule 16(b)(1) motion to set dates to join other parties and to amend the pleadings as well as other matters contemplated by Rule 16(b), a copy of which is hereby served upon you.

ABSOLUTE TITLE SERVICE, INC.

By: /s/ David A. Ward
David A. Ward, Its Attorney

**WARD AND METTI, P.C.**
2516 Waukegan Road, Suite 300
Glenview   IL   60025-1774
(847) 657-8387
ARDC Number 06184451

## CERTIFICATE OF SERVICE

I, David A. Ward, an attorney, do certify that I served Absolute Title Services, Inc.'s Rule 16(b)(1) motion to set dates to join other parties and to amend the pleadings as well as other matters contemplated by Rule 16(b) pursuant to ECF as to the following ECF Filing Users:

Lloyd J. Brooks
The Lloyd Brooks Law Firm
15008 Woodlawn Avenue, 1st Floor
Dolton   IL   60419
708-841-8000
lloyd.brooks@thebrooksfirm.com

Amy E. Bullock
abullock@cohonraizes.com
J. Michael Williams
mwilliams@cohonraizes.com
Cohon, Raizes & Regal LLP
208 South LaSalle Street, Suite 1860
Chicago   IL   60604

Ronald D. Menna, Jr.
RMenna@fischelkahn.com
Fischel & Kahn, Ltd.
190 South LaSalle Street, Suite 2850
Chicago   IL   60603
312-726-040

Ralph T. Wutscher
rwutscher@rw-llp.com
Roberts Wutscher, LLP
10 South LaSalle Street, Suite 3500
Chicago   IL   60603
312-551-9302

on this 26th day of February, 2008 with a courtesy copy to the court.

_David A. Ward_
David A. Ward, Attorney