IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CHARLOTTE HORTON, | | |
| Plaintiff, | | 2007 CV 6530 |
| vs. | | Judge Lindberg |
| COUNTRY MORTGAGE SERVICES, INC.; *et al.*, | | Magistrate Nolan |
| Defendants. | | |
| FREEMONT INVESTMENT AND LOAN CO., | | |
| Cross-Plaintiff, | | |
| vs. | | |
| COUNTRY MORTGAGE SERVICES, INC., | | |
| Cross-Defendant. | | |

## NOTICE OF FILING

**TO:**   See attached service list.

**PLEASE TAKE NOTICE** that on February 26, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division **Country Mortgage Services, Inc.'s Response To Plaintiff's Motion For Extension Of Time**, a true and correct copy of which is attached hereto and is hereby served upon you.

Dated: February 26, 2008

COUNTRY MORTGAGE SERVICES, INC.

By:   /s/ Ronald D. Menna, Jr.
         One of Defendant's Attorneys


David W. Inlander
Ronald D. Menna, Jr.
FISCHEL & KAHN, LTD.
Suite 2850
190 S. LaSalle Street
Chicago, Illinois 60603
312-726-0440
312-726-1448 [FAX]

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on February 26, 2008, he caused a copy of the foregoing **Notice of Filing** and **County Mortgage Service, Inc.'s Response To Plaintiff's Motion For Extension Of Time** by ECF as to Filing Users and upon non-ECF Filing Users as provided by Local Rule 5.5 by United States Mail, first-class postage pre-paid upon:

| | |
|---|---|
| Lloyd Brooks<br>The Brooks Law Firm<br>Floor One<br>15008 Woodlawn Avenue<br>Dolton, Illinois 60419<br>Email: lloyd.brooks@thebrooksfirm.com | Ralph T. Wutscher<br>Roberts Wutscher, LLP.<br>Suite 3500<br>10 S. LaSalle Street<br>Chicago, Illinois 60603<br>Email: rwutscher@rw-llp.com |
| David A. Ward, Esq.<br>Ward and Metti, P.C.<br>Suite 300<br>2516 Waukegan Road<br>Glenview, Illinois 60025-1774<br>Email: wardmetti@msn.com | J. Michael Williams<br>Amy E. Bullock<br>Cohon Raizes & Regal LLP<br>Suite 1860<br>208 S. LaSalle Street<br>Chicago, Illinois 60604<br>Email: mwilliams@cohonraizes.com,<br>    abullock@cohonraizes.com |

Dated: February 26, 2008

**COUNTRY MORTGAGE SERVICES, INC.**

By:   /s/ Ronald D. Menna, Jr.
    One of Defendant's Attorneys


David W. Inlander
Ronald D. Menna, Jr.
**FISCHEL & KAHN, LTD.**
Suite 2850
190 S. LaSalle Street
Chicago, Illinois 60603
312-726-0440
312-726-1448 [FAX]
W:\DWI\T73-40 Country Mortgage Services adv Richardson\Pleadings\Resp to Mot for Ext of Time - NOF.doc