IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLOTTE HORTON,<br><br>                Plaintiff,<br><br>      vs.<br><br>COUNTRY MORTGAGE SERVICES, INC.; *et al.*,<br><br>                Defendants.<br><br>FREEMONT INVESTMENT AND LOAN CO.,<br><br>                Cross-Plaintiff,<br><br>      vs.<br><br>COUNTRY MORTGAGE SERVICES, INC.,<br><br>                Cross-Defendant. | 2007 CV 6530<br><br>Judge Lindberg<br><br>Magistrate Nolan |

## NOTICE OF MOTION

**TO:**   See attached service list.

Please take note that on March 5, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable George W. Lindberg, or any Judge sitting in his place and stead, in the Court Room usually occupied by him in room 1425 of the U.S. District Court for the Northern District of Illinois, Chicago, Illinois, and then and there present **County Mortgage Service, Inc.'s Motion To Strike Plaintiff's Response To Motion To Dismiss**, a true and correct copy of which is attached hereto and is hereby served upon you.

By:   /s/ Ronald D. Menna, Jr.
        One of Defendant's Attorneys


David W. Inlander
Ronald D. Menna, Jr.
**FISCHEL & KAHN, LTD.**
Suite 2850
190 S. LaSalle Street
Chicago, Illinois 60603
312-726-0440
312-726-1448 [FAX]

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on February 26, 2008, he caused a copy of the foregoing **Notice of Motion** and **County Mortgage Service, Inc.'s Motion To Strike Plaintiff's Response To Motion To Dismiss** by ECF as to Filing Users and upon non-ECF Filing Users as provided by Local Rule 5.5 by United States Mail, first-class postage pre-paid upon:

Lloyd Brooks
The Brooks Law Firm
Floor One
15008 Woodlawn Avenue
Dolton, Illinois 60419
Email: lloyd.brooks@thebrooksfirm.com

David A. Ward, Esq.
Ward and Metti, P.C.
Suite 300
2516 Waukegan Road
Glenview, Illinois 60025-1774
Email: wardmetti@msn.com

Ralph T. Wutscher
Roberts Wutscher, LLP.
Suite 3500
10 S. LaSalle Street
Chicago, Illinois 60603
Email: rwutscher@rw-llp.com

J. Michael Williams
Amy E. Bullock
Cohon Raizes & Regal LLP
Suite 1860
208 S. LaSalle Street
Chicago, Illinois 60604
Email: mwilliams@cohonraizes.com,
    abullock@cohonraizes.com

Dated: February 26, 2008

By:  /s/ Ronald D. Menna, Jr.
    One of Defendant's Attorneys

David W. Inlander
Ronald D. Menna, Jr.
**FISCHEL & KAHN, LTD.**
Suite 2850
190 S. LaSalle Street
Chicago, Illinois 60603
312-726-0440
312-726-1448 [FAX]
W:\DWI\T73-40 Country Mortgage Services adv Richardson\Pleadings\Mot to Strike Plaintiffs Resp to MTD - NOM.doc