UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Charlotte Horton
                                    Plaintiff,

v.                                                  Case No.: 1:07−cv−06530
                                                      Honorable George W. Lindberg

Country Mortgage Services, Inc., et al.
                                    Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, March 5, 2008:

      MINUTE entry before Judge George W. Lindberg : Status hearing hearing set for 4/16/2008 at 9:30a.m. Leave of court is given to the plaintiff to file an amended complaint.Mailed notice(slb, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.