## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6530 | **DATE** | 3/5/2008 |
| **CASE TITLE** | Charlotte Horton vs. Country Mortgage Services, Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiff's corrected motion for extension of time to file response brief [30] is denied for failure to make a showing of excusable neglect. See FRCP 6(b)(1)(B). Defendant's motion to strike response in opposition to motion [40] is granted. The response [32] is stricken. Defendant's motion to dismiss counts III and IV of the complaint [9] is granted. The RESPA. claims of Count III are barred by the statute of limitations, and the fraud claim of Count IV fails to state a claim upon which relief may be granted. See 12 USC § 2607(c).

Docketing to mail notices.

| | Courtroom Deputy Initials: | slb |
|---|---|---|