# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Charlotte Horton

                                 Plaintiff,

v.                                              Case No.: 1:07−cv−06530
                                                Honorable George W. Lindberg

Country Mortgage Services, Inc., et al.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 11, 2008:

        MINUTE entry before Judge George W. Lindberg : MOTION by Third Party
Defendant Absolute Title Services, Inc. for discovery and to set Rule 16(b)(1) dates is
moot.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.