IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLOTTE HORTON, as guardian of | ) | |
| the Estate of Anna R. Richardson, | ) | |
| Adjudicated Disabled Person | ) | |
| | ) | Case No.  07 C 6530 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge George W. Lindberg |
| | ) | Magistrate Judge Nolan |
| COUNTRY MORTGAGE SERVICES, INC | ) | |
| FREMONT INVESTMENT & LOAN, and | ) | |
| MORTGAGE ELECTRONIC REGISTRATION | ) | |
| SYSTEMS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**RULE 7.1 DISCLOSURE STATEMENT
OF FREMONT INVESTMENT & LOAN**

Defendant Fremont Investment & Loan ("Fremont"), by its attorneys, states pursuant to

Fed. R. Civ. P. 7.1:

1.     The parent company of Defendant Fremont Investment & Loan is Fremont

General Corporation.

2.     Fremont General Corporation owns 100% of the stock of Defendant Fremont

Investment & Loan.

|  | **FREMONT INVESTMENT & LOAN,** |
|---|---|
| Ralph T. Wutscher | Defendant, |
| Lisa K. Barbieri | |
| ROBERTS WUTSCHER, LLP | |
| 10 S. LaSalle Street, Suite 3500 | |
| Chicago, Illinois  60603 | |
| Tel.  (888) 339-5282 | By:    /s/  Ralph T. Wutscher |
| Fax  (866) 581-9302 | One of Its Attorneys |

1

*Solely as to the defense of MERS and Fremont with regard*
*to the allegations of Count II and with regard to*
*Affirmative Defenses 9 and 10:*

J. Michael Williams
Amy E. Bullock
Cohon Raizes & Regal LLP
208 S. LaSalle Street, Suite 1860
Chicago, Illinois 60604
Tel. (312) 726-2252                    By:    /s/  Amy E. Bullock
Fax (312) 726-0609                            One of Its Attorneys


**Certificate of Service**

I, Ralph T. Wutscher, an attorney, hereby certify that on **April 4, 2008**, service of a true and correct copy of this document and any referenced exhibits was accomplished pursuant to ECF on all parties who are Filing Users.

/s/  Ralph T. Wutscher