IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLOTTE HORTON, as guardian of the estate of Anna R. Richardson, adjudicated disabled person<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTRY MORTGAGE SERVICES, INC.; an Illinois corporation; FREMONT INVESTMENT & LOAN a California corporation; and, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation.<br><br>    Defendants. | Case No.  07 C 6530<br><br>Judge Lindberg<br>Magistrate Judge Nolan |

**NOTICE OF FILING**

  PLEASE TAKE NOTICE that on this **4th day of April, 2008**, we caused to be filed with the United States District Court for the Northern District of Illinois, Eastern Division, the **Rule 7.1 Disclosure Statement** included with this Notice.

               **FREMONT INVESTMENT & LOAN,**
Ralph T. Wutscher         Defendant/Third Party Plaintiff,
ROBERTS WUTSCHER, LLP.
10 S. LaSalle Street, Suite 3500
Chicago, Illinois  60603
Tel.  (312) 551-9320     By:  /s/  Ralph T. Wutscher
Fax  (866) 581-9302       One of Its Attorneys


**Certificate of Service**

  I, Ralph T. Wutscher, an attorney, hereby certify that on **April 4, 2008**, service of a true and correct copy of this document and any referenced exhibits was accomplished pursuant to ECF on all parties who are Filing Users.


              /s/  Ralph T. Wutscher