IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLOTTE HORTON, as guardian of the estate of Anna R. Richardson, adjudicated disabled person )<br><br>Plaintiff, )<br><br>v. )<br><br>COUNTRY MORTGAGE SERVICES, INC.; an Illinois corporation; FREMONT INVESTMENT & LOAN a California corporation; and, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation. )<br><br>Defendants. ) | Case No.  07 C 6530<br><br>Judge Lindberg<br>Magistrate Judge Nolan |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that on this **8th day of April, 2008**, we caused to be filed with the United States District Court for the Northern District of Illinois, Eastern Division, the **Answer, Affirmative Defenses and Cross Claim** included with this Notice.

**FREMONT INVESTMENT & LOAN,** and
**MORTGAGE LECTRONIC REGISTRATION SYSTEMS, INC.**

Ralph T. Wutscher                    Defendants,
Lisa K. Barbieri
ROBERTS WUTSCHER, LLP.
10 S. LaSalle Street, Suite 3500
Chicago, Illinois 60603
Tel.  (888) 339-5282          By:      /s/  Ralph T. Wutscher
Fax  (866) 581-9302                  One of Their Attorneys


**Certificate of Service**

I, Ralph T. Wutscher, an attorney, hereby certify that on **April 8, 2008**, service of a true and correct copy of this document and any referenced exhibits was accomplished pursuant to ECF on all parties who are Filing Users.


                              /s/  Ralph T. Wutscher