IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLOTTE HORTON, as guardian of the estate of Anna R. Richardson, adjudicated disabled person | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  07 C 6530 |
| | ) | |
| COUNTRY MORTGAGE SERVICES, INC.; an Illinois corporation; FREMONT INVESTMENT & LOAN a California corporation; and, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation. | ) ) ) ) ) ) ) | Judge Lindberg Magistrate Judge Nolan |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on this 30**th day of April, 2008**, we caused to be filed with the United States District Court for the Northern District of Illinois, Eastern Division, the **Answer, Affirmative Defenses and Cross Claim** included with this Notice.

**FREMONT INVESTMENT & LOAN,** and
**MORTGAGE LECTRONIC REGISTRATION SYSTEMS, INC.**

Ralph T. Wutscher                                    Defendants,
Lisa K. Barbieri
ROBERTS WUTSCHER, LLP.
10 S. LaSalle Street, Suite 3500
Chicago, Illinois 60603
Tel.  (888) 339-5282                  By:      /s/  Ralph T. Wutscher
Fax  (866) 581-9302                            One of Their Attorneys

## Certificate of Service

I, Ralph T. Wutscher, an attorney, hereby certify that on **April 30, 2008**, service of a true and correct copy of this document and any referenced exhibits was accomplished pursuant to ECF on all parties who are Filing Users.

/s/  Ralph T. Wutscher