IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CHARLOTTE HORTON, | | |
| Plaintiff, | | 2007 CV 6530 |
| vs. | | Judge Lindberg |
| COUNTRY MORTGAGE SERVICES, INC.; *et al.*, | | Magistrate Nolan |
| Defendants. | | |

### NOTICE OF MOTION

To:   See Attached Service List

Please take note that on May 21, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable George W. Lindberg, or any Judge sitting in his place and stead, in the Court Room usually occupied by him in room 1425 of the U.S. District Court for the Northern District of Illinois, Chicago, Illinois, and then and there present **County Mortgage Service, Inc.'s FRCP 12(b)(6) Motion To Dismiss Counts III and IV of the Second Amended Complaint**, a true and correct copy of which is attached hereto and is hereby served upon you.

By:   /s/ Ronald D. Menna, Jr.
        One of Defendant's Attorneys

### CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on May 12, 2008, he caused a copy of the foregoing **Notice of Motion** and **County Mortgage Service, Inc.'s FRCP 12(b)(6) Motion To Dismiss Counts III and IV of the Second Amended Complaint**, by ECF as to Filing Users and upon non-ECF Filing Users as provided by Local Rule 5.5 by United States Mail, first-class postage pre-paid.

Dated: May 12, 2008

By:   /s/ Ronald D. Menna, Jr.
        One of Defendant's Attorneys

David W. Inlander
Ronald D. Menna, Jr.
**FISCHEL & KAHN, LTD.**
Suite 2850, 190 S. LaSalle Street
Chicago, Illinois 60603
312-726-0440   312-726-1448 [FAX]

**SERVICE LIST**

Lloyd Brooks
The Brooks Law Firm
Floor One
15008 Woodlawn Avenue
Dolton, Illinois 60419
Email: lloyd.brooks@thebrooksfirm.com

David A. Ward, Esq.
Ward and Metti, P.C.
Suite 300
2516 Waukegan Road
Glenview, Illinois 60025-1774
Email: wardmetti@msn.com

Ralph T. Wutscher
Roberts Wutscher, LLP.
Suite 3500
10 S. LaSalle Street
Chicago, Illinois 60603
Email: rwutscher@rw-llp.com

J. Michael Williams
Carrie Dolan
Amy E. Bullock
Cohon Raizes & Regal LLP
Suite 1860
208 S. LaSalle Street
Chicago, Illinois 60604
Email: mwilliams@cohonraizes.com,
cdolan@cohonraizes.com
abullock@cohonraizes.com

W:\DWI\T73-40 Country Mortgage Services adv Richardson\Pleadings\MTD - NOM.doc