UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Charlotte Horton, et al.
                               Plaintiff,

v.                                          Case No.: 1:07−cv−06530
                                            Honorable George W. Lindberg

Country Mortgage Services, Inc., et al.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 14, 2008:

MINUTE entry before Judge Honorable George W. Lindberg: The status hearing scheduled for 6/11/2008 is stricken. Status hearing reset to 6/25/2008 at 9:30a.m. Response due 5/28/2008 to defendant Country Mortgage Services, Inc. motion to dismiss, motion for more definite statement, and motion to strike the amended complaint. Reply due 6/5/2008. Ruling set for 6/25/2008 at 9:30a.m. No court appearance required on 5/21/2008.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.