**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **CHARLOTTE HORTON**, as guardian of the estate of Anna R. Richardson, adjudicated disabled person, | ) ) ) |
| Plaintiff, | ) 07 cv 6530 ) |
| v. | ) ) Judge Lindberg |
| **COUNTRY MORTGAGE SERVICES, INC.**; an Illinois corporation; **FREMONT INVESTMENT & LOAN**, a California corporation; and, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**, a Delaware corporation. | ) Magistrate Judge Nolan ) ) ) ) ) ) ) |
| Defendants. | ) ) |

<u>**NOTICE OF FILING**</u>

To:    See Attached Service List

Please Take Notice that on May 28, 2008 I caused to be filed with the Clerk of the Court in the above captioned matter, **Plaintiff's Response to Country Mortgage Services, Inc.'s Motion to Dismiss Counts III and IV of the Second Amended Complaint**, a copy of which is hereby served upon you.

Respectfully Submitted,


/S/ Lloyd Brooks
_____
Attorney for Plaintiff


State Bar No. 6271994
Lloyd Brooks
The Brooks Law Firm
15008 Woodlawn Avenue
Dolton, Illinois 60419
(708) 841-8000 Telephone
(708) 841-8080 Facsimile
E-mail: lloyd.brooks@thebrooksfirm.com
***Attorney for Plaintiff***

## **Certificate of Service**

I, Lloyd Brooks, an attorney certify that on May 28, 2008 he served the parties listed below with a copy of this document via electronic service.

_____
Lloyd Brooks

Ronald D. Menna, Jr.
**Fischel & Kahn, Ltd.**
190 S. LaSalle Street, Suite 2850
Chicago, Illinois 60603
*Counsel for Country Mortgage Services*

David A. Ward
**Ward & Metti, P.C.**
2516 Waukegan Road, Suite 300
Glenview, Illinois 60025-1774
*Counsel for Absolute Title Services, Inc.*

Ralph T. Wutscher
**Roberts Wutscher, LLP**
10 S. LaSalle Street, Suite 3500
Chicago, Illinois 60603
*Counsel for Fremont Investment & Loan
and Mortgage Electronic Registration
Systems, Inc.*

J. Michael Williams
Amy E. Bullock
**Cohon Raizes & Regal LLP**
208 S. LaSalle Street, Suite 1860
Chicago, Illinois 60604
*Counsel for Fremont Investment & Loan*