IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLOTTE HORTON, as guardian of the estate of Anna R. Richardson, adjudicated disabled person )<br>)<br>)<br>)<br>     Plaintiff,                                  )<br>)<br>v.                                                )<br>)<br>COUNTRY MORTGAGE SERVICES,  )<br>INC.; an Illinois corporation; FREMONT )<br>INVESTMENT & LOAN a California     )<br>corporation; and, MORTGAGE          )<br>ELECTRONIC REGISTRATION         )<br>SYSTEMS, INC., a Delaware corporation. )<br>)<br>     Defendants.                              ) | Case No.  07 C 6530<br><br>Judge Lindberg<br>Magistrate Judge Nolan |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that the mailing address of counsel for Fremont Investment & Loan and Mortgage Electronic Registration Systems, Inc. has changed to the following:

Roberts Wutscher, LLP
105 W. Madison Street, Suite 2100
Chicago, Illinois 60602
Tel. (888) 339-5282
Fax  (866) 581-9302


**FREMONT INVESTMENT & LOAN,** and
**MORTGAGE LECTRONIC REGISTRATION SYSTEMS, INC.**

Ralph T. Wutscher                                          Defendants,
Lisa K. Barbieri
ROBERTS WUTSCHER, LLP.
105 W. Madison Street, Suite 2100
Chicago, Illinois 60602
Tel.  (888) 339-5282            By:      /s/  Ralph T. Wutscher
Fax  (866) 581-9302                      One of Their Attorneys

2

**Certificate of Service**

      I, Ralph T. Wutscher, an attorney, hereby certify that on **May 28, 2008**, service of a true and correct copy of this document and any referenced exhibits was accomplished pursuant to ECF on all parties who are Filing Users.

/s/  Ralph T. Wutscher

2