IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLOTTE HORTON, as guardian of the estate of Anna R. Richardson, adjudicated disabled person<br><br>    Plaintiff,<br><br>v.<br><br>COUNTRY MORTGAGE SERVICES, INC.; an Illinois corporation; FREMONT INVESTMENT & LOAN a California corporation; and, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation.<br><br>    Defendants. | Case No.  07 C 6530<br><br>Judge Lindberg<br>Magistrate Judge Nolan |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on this **28th day of May, 2008**, we caused to be filed with the United States District Court for the Northern District of Illinois, Eastern Division, the **Notice of Change of Address** included with this Notice.

                                            **FREMONT INVESTMENT & LOAN,** and
                                            **MORTGAGE LECTRONIC REGISTRATION SYSTEMS, INC.**

Ralph T. Wutscher                                   Defendants,
Lisa K. Barbieri
ROBERTS WUTSCHER, LLP.
105 W. Madison Street, Suite 2100
Chicago, Illinois 60602
Tel.  (888) 339-5282                   By:    /s/  Ralph T. Wutscher
Fax  (866) 581-9302                         One of Their Attorneys


## Certificate of Service

I, Ralph T. Wutscher, an attorney, hereby certify that on **May 28, 2008**, service of a true and correct copy of this document and any referenced exhibits was accomplished pursuant to ECF on all parties who are Filing Users.

                                                            /s/  Ralph T. Wutscher