**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 07 CV 6530

Charlotte Horton, et al. v. Country Mortgage Services, Inc., et al

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Wells Fargo Bank, N.A. d/b/a America's Servicing Company

| | |
|---|---|
| NAME (Type or print) | |
| Thomas M. Crawford | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Thomas M. Crawford | |
| FIRM  Litchfield Cavo LLP | |
| STREET ADDRESS  303 W. Madison Street, Suite 300 | |
| CITY/STATE/ZIP  Chicago, Illinois  60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06210832 | TELEPHONE NUMBER (312) 781-6679 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES ☑  NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐  NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES ☑  NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☑  NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |