2363-140

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLOTTE HORTON, as guardian of the estate of Anna R. Richardson, adjudicated disabled person, ) ) ) ) | |
| Plaintiff, ) | Case No: 07 C 6530 |
| vs. ) ) | Judge Lindberg |
| COUNTRY MORTGAGE SERVICES, INC., an Illinois corporation; FREMONT INVESTMENT & LOAN, a California corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; WELLS FARGO BANK, N.A., a national banking association doing business as America's Servicing Company; and JOHN DOES 1-5, ) ) ) ) ) ) ) ) ) ) | Magistrate Judge Nolan |
| Defendants ) | |

## NOTICE OF MOTION

On June 11, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable George W. Lindberg, or any other Judge sitting in his stead, in the courtroom usually occupied by him in Courtroom 1425, 219 S. Dearborn Street, Chicago, Illinois and then and there present Wells Fargo Bank, N.A., d/b/a America's Servicing Company's Motion for Extension to file a responsive pleading to Plaintiff's Second Amended Complaint

                                                LITCHFIELD CAVO, LLP.

Thomas M. Crawford, Esq. (06210832)
LITCHFIELD CAVO, LLP
303 West Madison Street, Suite 300    By:  /s/ Thomas M. Crawford
Chicago, IL 60606-3300                                Attorneys for the defendants,
(312) 781-6677                                          Wells Fargo Bank, N.A.
(312) 781-6630 fax                                 d/b/a America's Servicing Company

## CERTIFICATE OF SERVICE

I, the undersigned, being first duly sworn upon oath, depose, and say that I caused to be served the foregoing Motion for Extension to File Responsive Pleading to Plaintiff's Second Amended Complaint by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each attorney of record by CM/ECF on the 4th day of June, 2008.

|  |  |
|---|---|
| Thomas M. Crawford, Esq. (06210832) | /s/ Thomas M. Crawford |
| LITCHFIELD CAVO, LLP | Attorneys for the defendants, |
| 303 West Madison Street, Suite 300 | Wells Fargo Bank, N.A. |
| Chicago, IL 60606-3300 | d/b/a America's Servicing Company |
| (312) 781-6677 | |
| (312) 781-6630 fax | |