IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLOTTE HORTON,<br><br>      Plaintiff,<br><br> vs.<br><br>COUNTRY MORTGAGE SERVICES, INC.; *et al.*,<br><br>      Defendants.<br><br>FREEMONT INVESTMENT AND LOAN CO.,<br><br>      Cross-Plaintiff,<br><br> vs.<br><br>COUNTRY MORTGAGE SERVICES, INC.,<br><br>      Cross-Defendant. | 2007 CV 6530<br><br>Judge Lindberg<br><br>Magistrate Nolan |

### NOTICE OF FILING

**TO:** See attached service list.

**PLEASE TAKE NOTICE** that on June 5, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division **Country Mortgage Services, Inc.'s Reply in Support of Its FRCP 12(b)(6) Motion to Dismiss Counts III and IV of the Second Amended Complaint**, a true and correct copy of which is attached hereto and is hereby served upon you.

Dated: June 5, 2008

**COUNTRY MORTGAGE SERVICES, INC.**

By: /s/ Ronald D. Menna, Jr.
   One of Defendant's Attorneys


David W. Inlander
Ronald D. Menna, Jr.
**FISCHEL & KAHN, LTD.**
Suite 2850
190 S. LaSalle Street
Chicago, Illinois 60603
312-726-0440
312-726-1448 [FAX]

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on June 5, 2008, he caused a copy of the foregoing **Notice of Filing** and **County Mortgage Service, Inc.'s Reply in Support of Its FRCP 12(b)(6) Motion to Dismiss Counts III and IV of the Second Amended Complaint** by ECF as to Filing Users and upon non-ECF Filing Users as provided by Local Rule 5.5 by United States Mail, first-class postage pre-paid upon:

Lloyd Brooks
The Brooks Law Firm
Floor One
15008 Woodlawn Avenue
Dolton, Illinois 60419
Email: lloyd.brooks@thebrooksfirm.com

Ralph T. Wutscher
Roberts Wutscher, LLP.
Suite 2100
105 W. Madison Street
Chicago, Illinois 60602
Email: rwutscher@rw-llp.com

David A. Ward, Esq.
Ward and Metti, P.C.
Suite 300
2516 Waukegan Road
Glenview, Illinois 60025-1774
Email: wardmetti@msn.com

J. Michael Williams
Amy E. Bullock
Cohon Raizes & Regal LLP
Suite 1860
208 S. LaSalle Street
Chicago, Illinois 60604
Email: mwilliams@cohonraizes.com,
         abullock@cohonraizes.com

Thomas M. Crawford, Esq.
Litchfield Cavo, LLP
Suite 300
303 West Madison Street
Chicago, IL 60606-3300
Email: crawford@litchfieldcavo.com

Dated: June 5, 2008

**COUNTRY MORTGAGE SERVICES, INC.**

By:    /s/ Ronald D. Menna, Jr.
         One of Defendant's Attorneys

David W. Inlander
Ronald D. Menna, Jr.
**FISCHEL & KAHN, LTD.**
Suite 2850, 190 S. LaSalle Street
Chicago, Illinois 60603
312-726-0440    312-726-1448 [FAX]
W:\DWI\T73-40 Country Mortgage Services adv Richardson\Pleadings\Resp to Mot for Ext of Time - NOF.doc