IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

CHARLOTTE HORTON,

    Plaintiff,

vs.

COUNTRY MORTGAGE SERVICES, INC.; *et al.*,

    Defendants.

2007 CV 6530

Judge Lindberg

Magistrate Nolan

### NOTICE OF MOTION

To:    See Attached Service List

Please take note that on June 25, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable George W. Lindberg, or any Judge sitting in his place and stead, in the Court Room usually occupied by him in room 1425 of the U.S. District Court for the Northern District of Illinois, Chicago, Illinois, and then and there present **County Mortgage Service, Inc.'s Second FRCP 11 Motion For Sanctions Against Plaintiff**, a true and correct copy of which is attached hereto and is hereby served upon you.

By:   /s/ Ronald D. Menna, Jr.
       One of Defendant's Attorneys

### CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on June 6, 2008, he caused a copy of the foregoing **Notice of Motion** and **County Mortgage Service, Inc.'s Second FRCP 11 Motion For Sanctions Against Plaintiff**, by ECF as to Filing Users and upon non-ECF Filing Users as provided by Local Rule 5.5 by United States Mail, first-class postage pre-paid.

Dated: June 6, 2008

By:   /s/ Ronald D. Menna, Jr.
       One of Defendant's Attorneys

David W. Inlander
Ronald D. Menna, Jr.
**FISCHEL & KAHN, LTD.**
Suite 2850, 190 S. LaSalle Street
Chicago, Illinois 60603
312-726-0440    312-726-1448 [FAX]

**SERVICE LIST**

Lloyd Brooks
The Brooks Law Firm
Floor One
15008 Woodlawn Avenue
Dolton, Illinois 60419
Email: lloyd.brooks@thebrooksfirm.com

David A. Ward, Esq.
Ward and Metti, P.C.
Suite 300
2516 Waukegan Road
Glenview, Illinois 60025-1774
Email: wardmetti@msn.com

Ralph T. Wutscher
Roberts Wutscher, LLP.
Suite 2100
105 W. Madison Street
Chicago, Illinois 60602
Email: rwutscher@rw-llp.com

J. Michael Williams
Amy E. Bullock
Cohon Raizes & Regal LLP
Suite 1860
208 S. LaSalle Street
Chicago, Illinois 60604
Email: mwilliams@cohonraizes.com,
        abullock@cohonraizes.com

Thomas M. Crawford, Esq.
Litchfield Cavo, LLP
Suite 300
303 West Madison Street
Chicago, IL 60606-3300
Email: crawford@litchfieldcavo.com

W:\DWI\T73-40 Country Mortgage Services adv Richardson\Pleadings\MTD - NOM.doc