IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLOTTE HORTON, | |
| Plaintiff, | 2007 CV 6530 |
| vs. | Judge Lindberg |
| COUNTRY MORTGAGE SERVICES, INC.; *et al.*, | Magistrate Nolan |
| Defendants. | |
| FREEMONT INVESTMENT AND LOAN CO., | |
| Cross-Plaintiff, | |
| vs. | |
| COUNTRY MORTGAGE SERVICES, INC., | |
| Cross-Defendant. | |

## NOTICE OF FILING

**TO:**  See attached service list.

**PLEASE TAKE NOTICE** that on June 6, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division **Defendant Country Mortgage Services, Inc.'s Verification of Compliance With FRCP 11(c)(2)**, a true and correct copy of which is attached hereto and is hereby served upon you.

Dated: June 6, 2008

COUNTRY MORTGAGE SERVICES, INC.

By: ___/s/ Ronald D. Menna, Jr._____
       One of Defendant's Attorneys


David W. Inlander
Ronald D. Menna, Jr.
FISCHEL & KAHN, LTD.
Suite 2850
190 S. LaSalle Street
Chicago, Illinois 60603
312-726-0440
312-726-1448 [FAX]

### CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on June 6, 2008, he caused a copy of the foregoing **Notice of Filing** and **Defendant Country Mortgage Services, Inc.'s Verification of Compliance With FRCP 11(c)(2)** by ECF as to Filing Users and upon non-ECF Filing Users as provided by Local Rule 5.5 by United States Mail, first-class postage pre-paid upon:

Lloyd Brooks
The Brooks Law Firm
Floor One
15008 Woodlawn Avenue
Dolton, Illinois 60419
Email: lloyd.brooks@thebrooksfirm.com

David A. Ward, Esq.
Ward and Metti, P.C.
Suite 300
2516 Waukegan Road
Glenview, Illinois 60025-1774
Email: wardmetti@msn.com

Ralph T. Wutscher
Roberts Wutscher, LLP.
Suite 2100
105 W. Madison Street
Chicago, Illinois 60602
Email: rwutscher@rw-llp.com

J. Michael Williams
Amy E. Bullock
Cohon Raizes & Regal LLP
Suite 1860
208 S. LaSalle Street
Chicago, Illinois 60604
Email: mwilliams@cohonraizes.com,
         abullock@cohonraizes.com

Thomas M. Crawford, Esq.
Litchfield Cavo, LLP
Suite 300
303 West Madison Street
Chicago, IL 60606-3300
Email: crawford@litchfieldcavo.com

Dated: June 6, 2008

**COUNTRY MORTGAGE SERVICES, INC.**

By:   /s/ Ronald D. Menna, Jr.
      One of Defendant's Attorneys

David W. Inlander
Ronald D. Menna, Jr.
**FISCHEL & KAHN, LTD.**
Suite 2850, 190 S. LaSalle Street
Chicago, Illinois 60603

312-726-0440    312-726-1448 [FAX]
W:\DWI\T73-40 Country Mortgage Services adv Richardson\Pleadings\Resp to Mot for Ext of Time - NOF.doc