2363-140

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLOTTE HORTON, as guardian of the estate of Anna R. Richardson, adjudicated disabled person, | ) ) ) ) |
| Plaintiff, | ) Case No: 07 C 6530 ) |
| vs. | ) Judge Lindberg ) |
| COUNTRY MORTGAGE SERVICES, INC., an Illinois corporation; FREMONT INVESTMENT & LOAN, a California corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; WELLS FARGO BANK, N.A., a national banking association doing business as America's Servicing Company; and JOHN DOES 1-5, | ) Magistrate Judge Nolan ) ) ) ) ) ) ) ) ) |
| Defendants | ) |

**MOTION FOR EXTENSION TO FILE RESPONSIVE PLEADING
TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

NOW COME the Defendants, Wells Fargo Bank, N.A., d/b/a America's Servicing Company ("Wells Fargo"), by and through their attorneys, LITCHFIELD CAVO, LLP, and for their Motion for Extension to file a responsive pleading to Plaintiff's Second Amended Complaint, states as follows:

1. On May 15, 2008, Wells Fargo was served with the Plaintiff's Second Amended Complaint.

2. Wells Fargo has recently retained Litchfield Cavo LLP in the aforementioned matter.

1

3. Counsel for Plaintiff has no objection to the Motion for Extension to file a responsive pleading to Plaintiff's Second Amended Complaint and will agree to an order granting Wells Fargo an extension of time to file a responsive pleading.

4. To adequately prepare an answer to the Plaintiff's Second Amended Complaint, Wells Fargo requires time to obtain loan files and other relevant documents to properly evaluate its response to Plaintiff's Second Amended Complaint.

WHEREFORE, Wells Fargo Bank, N.A. d/b/a America's Servicing Company requests that this Honorable Court grant this motion and allow Wells Fargo until July 7, 2008, to file a responsive pleading to Plaintiff's Second Amended Complaint.

                                                LITCHFIELD CAVO, LLP.

| Thomas M. Crawford, Esq. (06210832) | | |
|---|---|---|
| LITCHFIELD CAVO, LLP | By: | /s/ Thomas M. Crawford |
| 303 West Madison Street, Suite 300 | | Attorneys for the defendants, |
| Chicago, IL 60606-3300 | | Wells Fargo Bank, N.A. |
| (312) 781-6677 | | d/b/a America's Servicing Company |
| (312) 781-6630 fax | | |

**CERTIFICATE OF SERVICE**

     I, the undersigned, being first duly sworn upon oath, depose, and say that I caused to be served the foregoing Motion for Extension to File Responsive Pleading to Plaintiff's Second Amended Complaint by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each attorney of record by CM/ECF on the 11th day of June, 2008.

|  |  |
|---|---|
|  | /s/ Thomas M. Crawford |
| Thomas M. Crawford, Esq. (06210832) | Attorneys for the defendants, |
| LITCHFIELD CAVO, LLP | Wells Fargo Bank, N.A. |
| 303 West Madison Street , Suite 300 | d/b/a America's Servicing Company |
| Chicago, IL 60606-3300 |  |
| (312) 781-6677 |  |
| (312) 781-6630 fax |  |