UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Charlotte Horton, et al.
                            Plaintiff,

v.                                                Case No.: 1:07−cv−06530
                                                            Honorable George W. Lindberg

Country Mortgage Services, Inc., et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, June 15, 2008:

       MINUTE entry before the Honorable George W. Lindberg: Response due 6/19/2008 to defendant's second motion for sanctions against plaintiff. Reply due 6/23/2008. Ruling set for 6/25/2008 at 9:30a.m.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.