**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                  Case Number:   07 CV 6530

Charlotte Horton, et al. v. Country Mortgage Services, Inc., et al

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Wells Fargo Bank, N.A. d/b/a America's Servicing Company

FILED
JUN 1 8 2008 TC
6-18-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)<br>Erin A. Potempa | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>/s/ Erin A. Potempa | |
| FIRM   Litchfield Cavo LLP | |
| STREET ADDRESS     303 W. Madison Street, Suite 300 | |
| CITY/STATE/ZIP     Chicago, Illinois  60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06283772 | TELEPHONE NUMBER<br>(312) 781-6570 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES ☐     NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?     YES ☐     NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES ☐     NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?     YES ☐     NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |