## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Charlotte Horton, et al.

                Plaintiff,

v.                                                     Case No.: 1:07–cv–06530
                                                       Honorable George W. Lindberg

Country Mortgage Services, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 25, 2008:

      MINUTE entry before the Honorable George W. Lindberg: Discovery hearing set for 7/9/2008 at 9:30a.m. The ruling date on the motion to dismiss reset to 7/30/2008 at 9:30a.m. The date for filing the motion for summary judgment is extended to 8/20/2008. Response to the motion for summary judgment to be filed on or before 9/3/2008. Reply to be filed on or before 9/10/2008. Ruling set for 10/8/2008 at 9:30a.m. Proposed final pretrial order to be submitted to chambers at 10:00a.m. on 10/23/2008. Trial set for 11/3/2008 at 10:00a.m.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.