UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLOTTE HORTON, as guardian of the estate of Anna R. Richardson, adjudicated disabled person,<br><br>        Plaintiff,<br>vs.<br><br>COUNTRY MORTGAGE SERVICES, INC., an Illinois corporation; FREMONT INVESTMENT & LOAN, a California corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; WELLS FARGO BANK, N.A., a national banking association doing business as America's Servicing Company; and JOHN DOES 1-5,<br><br>        Defendants | Case No: 07 C 6530<br><br>Judge Lindberg<br><br>Magistrate Judge Nolan |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on July 7, 2008 we filed with the United States District Court for the Northern District of Illinois, Eastern Division, Wells Fargo Bank's, N.A. d/b/a/ America's Servicing Company, Answer included with this notice.

                                                                                         LITCHFIELD CAVO, LLP.

Thomas M. Crawford, Esq. (06210832)
Erin A. Potempa (06283772)
LITCHFIELD CAVO, LLP         By:    /s/ Thomas M. Crawford
303 West Madison Street, Suite 300         Attorneys for the defendants,
Chicago, IL 60606-3300         Wells Fargo Bank, N.A.
(312) 781-6677         d/b/a America's Servicing Company
(312) 781-6630 fax

## CERTIFICATE OF SERVICE

I, the undersigned, being first duly sworn upon oath, depose, and say that I caused to be served the foregoing Answer to Plaintiff's Second Amended Complaint by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each attorney of record by CM/ECF on the 7th day of July, 2008.

|  |  |
|---|---|
| | /s/ Thomas M. Crawford |
| Thomas M. Crawford, Esq. (06210832) | Attorneys for the defendants, |
| Erin A. Potempa (06283772) | Wells Fargo Bank, N.A. |
| LITCHFIELD CAVO, LLP | d/b/a America's Servicing Company |
| 303 West Madison Street, Suite 300 | |
| Chicago, IL 60606-3300 | |
| (312) 781-6677 | |
| (312) 781-6630 fax | |