IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLOTTE HORTON, as guardian of the Estate of Anna R. Richardson, adjudicated disabled person, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 07 C 6530 |
| v. | ) ) | Judge Lindberg |
| COUNTRY MORTGAGE SERVICES, INC., an Illinois corporation; FREMONT INVESTMENT & LOAN, a California corporation; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on July 16, 2008 at 9:30 a.m., we shall appear before the Honorable George W. Lindberg in courtroom 1425 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604 and present **Fremont Investment's Motion to Enlarge the Time for Discovery**, a copy of which is hereby served upon you.

\*               \*               \*

FREMONT INVESTMENT & LOAN

By:    /s/ Amy E. Bullock
        One of Its Attorneys

J. Michael Williams
Amy E. Bullock
Cohon Raizes & Regal LLP
208 S. LaSalle Street, Suite 1860
Chicago, Illinois 60604
Tel. (312) 726-2252
Fax (312) 726-0609
*Solely as to the defense of MERS and Fremont with regard to the allegations of Count II and with regard to Affirmative Defenses 9 and 10*

## CERTIFICATE OF SERVICE

The undersigned certifies that she served **Fremont Investment's Motion to Enlarge the Time for Discovery**, by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each attorney of record by CM/ECF on the 8th day of July, 2008.

/s/ Amy E. Bullock

## SERVICE LIST

David A. Ward
Ward and Metti, P.C.
2516 Waukegan Road, Suite 300
Glenview, IL 60093

Ronald D. Menna, Jr.
Fischel & Kahn, Ltd.
190 South LaSalle Street, Suite 2850
Chicago, IL 60603

Ralph T. Wutscher
Roberts Wutscher, LLP
105 W. Madison Street, Suite 2100
Chicago, Illinois 60602

Lloyd J. Brooks
The Lloyd Brooks Law Firm
15008 Woodlawn Avenue, 1st Floor
Dolton, IL 60419

Thomas M. Crawford
Erin A. Potempa
Litchfield Cavo, LLP
303 W. Madison Street, Suite 300
Chicago, Illinois 60606-3300