**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Charlotte Horton, et al.
                              Plaintiff,

v.                                                          Case No.: 1:07−cv−06530
                                                                     Honorable George W. Lindberg

Country Mortgage Services, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 9, 2008:

      MINUTE entry before the Honorable George W. Lindberg:Discovery hearing held. MOTION by Defendant Fremont Investment & Loan for extension of time to complete discovery is granted. A new schedule will be issue by mail.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.