# EXHIBIT A

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT-PROBATE DIVISION**

Estate of

**ANNA R. RICHARDSON,**

       **Alleged Disabled Person**

No.   2006 P 000527

Docket

Page

0000007.0978
2006

### ORDER

This cause coming to be heard on an Emergency Petition for a Citation to Discover Assets, jurisdiction being proper, and the Court being advised,

**IT IS HEREBY ORDERED**:

    1)    A Citation to Discover Assets is hereby issued against Brian Richardson *a/k/a Bryan Richardson* requiring him to appear, provide documentation and give testimony regarding his knowledge of the whereabouts and/or disposition of any and all assets of respondent including, without limitation, proceeds from any and all mortgages on 1647 South Central Park Avenue, Chicago, Illinois on _March 13_, 2006 at _11:00 am_; *Subpoena shall issue.*

    2)    A Citation to Discover Assets is hereby issued against J.D. Home Services, Absolute Title Insurance Company, and Country Mortgage Services, requiring them to appear, provide documentation and give testimony regarding their knowledge of the whereabouts and/or disposition of any and all assets of respondent including, without limitation, proceeds from any and all mortgages on 1647 South Central Park Avenue, Chicago, Illinois on _March 13_, 2006 at _11:00 am_;

    3)    Ruben M. Garcia is granted leave to record a lis pendens against the property commonly described as 1647 South Central Park Avenue, Chicago, Illinois 60623.

**ENTERED**
JUDGE MARY ELLEN COGHLAN-165

FEB - 7 2006

DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

2-6-0

Atty. No.  38462
Ruben M. Garcia, P.C.
Attorney for: Estate
899 Skokie Blvd., Suite 300
Northbrook, IL  60062
(847) 412-9950

**ENTER:**

_____
Judge          Judge's No. /65J

# EXHIBIT B

2629
34913

2180-Served
2280-Not Served
2380-Served By Mail
Subpoena-Subpoena Duces Tecum

(Rev. 5/27/98)  CCG-0006

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

ESTATE OF ANNA R. RICHARDSON
    Plaintiff,

-vs-

BRIAN RICHARDSON
    Defendant.

NO:  06 P 000527
In lieu of appearance, submit documents
to Atty. Arlene Y. Coleman Via Fax at (312)
360-1749 and via US Mail to the address below

SUBPOENA DUCES TECUM

To:  Country Mortgage Services
    11 N. Arlington Heights Road
    Arlington Heights, Illinois 60004

c/o John Mantis, Esq., Skoubis & Mantis, LLC. 1300 West Higgins Road, Suite 209, Park Ridge, IL 60068

**YOU ARE COMMANDED** to appear on March 13, 2006 at 11:00 a.m. in Room 1801 to testify before the Honorable Judge Coghlan in the Richard J. Daley Center, 50 W. Washington, Chicago, Illinois.

YOU ARE ALSO COMMANED TO BRING THE FOLLOWING:

1) Any and all documents pertaining to the mortgage issued to Anna R. Richardson on October 24, 2005 for the property address: 1647 South Central Park, Chicago, Illinois 60623, which is believed to be in your possession or control or about which you have knowledge.

**YOUR FAILURE TO APPEAR IN RESPONSE TO THIS SUBPOENA WILL SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF COURT.**

Witnesses:  MAR 0 7 2006

DOROTHY BROWN

Clerk of Court

Atty. No.: 34913
Name:  Arlene Y. Coleman
Attorney for:  Plaintiff(s)
Address:  407 S. Dearborn, Suite 1475
City:  Chicago, IL 60605
Telephone:  312-360-1813

I served this subpoena via certified mail to Country Mortgage Service c/o John Mantis Esq. on 3/07/06.

I paid the witness $ _____ for witness fee and mileage.

OFFICIAL SEAL
JUDY M MARTIN
NOTARY PUBLIC STATE OF ILLINOIS
MY COMMISSION EXPIRES:04-19-07

Signed and sworn before _____  7th ___ day of March, 2006

_____ Notary Public.

# EXHIBIT C

# ARLENE Y. COLEMAN & ASSOCIATES

ATTORNEYS AT LAW

April 12, 2006

**Via U. S. Mail &**
**Fax @ (847) 696-0901**

Mr. John Mantis
1300 West Higgins Road
Suite 209
Park Ridge, Illinois 60068

> **Re:    Estate of Anna R. Richardson**
> **Case No.: 06 P 000527**
> **Subpoena Duces Tecum**

Dear Mr. Mantis:

I represent the Guardian of the Estate of Anna Richardson. On or about March 7, 2006, I forwarded a subpoena duces tecum upon you on behalf of your client Country Mortgage Services. Pursuant to the subpoena you were directed to forward documents to me or appear in court to present said records for examination on March 13, 2006. To date I have not received any documentation from you or your client. A copy of the subpoena is enclosed. I have been advised that a mortgage broker assisted in the processing of this loan. Please provide me with the name and contact information of the mortgage broker and the construction company which received funds for rehab of the subject property.

Please contact me upon receipt of this correspondence to arrange for the tender of these records. Otherwise, I will proceed with a Rule to Show Cause or Citation against your client.

Very truly yours,

Arlene Y. Coleman

Enclosure

cc:    Charlotte Horton

407 SOUTH DEARBORN STREET, SUITE 1475, CHICAGO, ILLINOIS 60605

# EXHIBIT D

**ORDER**                                      CCG N002-300M-2/28/05(43480658)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

ESTATE OF

                                                000002 2.0628
                                                2006

v.                                 No.   06 P 527

ANNA R. RICHARDSON,
              A Disabled Person

### ORDER

4263

THIS CAUSE coming to be heard for status and other matters, due notice given and the court being advised in the premises IT IS HEREBY ORDERED that Counsel for the Guardian of the Estate is granted leave to file a Petition for A Rule to Show Cause against ~~the defendant~~ Country Mortgage Services of Arlington Heights for its failure to respond to the subpoena duces tecum issued on March 7, 2006.    6164

Counsel's petition for attorneys fee is entered and continued until the next court date of May 18, 2006 at 10:30 am. without further notice

Atty. No.: ~~34913~~ (34913)
Name: Arlene Y. Coleman
Atty. for: Guardian
Address: 407 S. Dearborn St. #1475
City/State/Zip: Chicago IL 60605
Telephone: 312-360-1863

**ENTERED**
JUDGE MARY ELLEN COGHLAN · 1659
APR 27 2006
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

ENTERED

Dated: _____ 4-27-06 _____

Judge                          1639          Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**