# EXHIBIT F

DE RJP 95 3   PS 6/28/06   20 P

CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, PROBATE DIVISION

3680

| | |
|---|---|
| Estate of Anna R. Richardson, a disabled person | NO: 06 P 527 |
| -vs- | RETURN DATE: JULY 7, 2006, 10:00 a.m. |
| Country Mortgage Services | |

6-30

**SUMMONS**

To:  Country Mortgage Services
c/o Mr. John Mantis, Esq.
Skoubis & Mantis, LLC.
1300 West Higgins Road, Suite 209
Park Ridge, Illinois 60068

**YOU ARE SUMMONED** to appear in court and file an answer to the Petition for Rule to Show Cause in this case, a copy of which is hereto attached on July 7, 2006 at 10:00 a.m. in room 1811 of the Richard J. Daley Center located 50 West Washington, Chicago, Illinois.

YOU MUST FILE WITHIN 10 DAYS AFTER SERVICE OF THIS SUMMONS, NOT COUNTING THE DAY OF SERVICE. IF YOU FAIL TO DO SO, A JUDGEMENT OF CONTEMPT MAY BE ENTERED AGAINST YOU FOR THE RELIEF OF THIS COMPLAINT.

**To the officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after the date.

JUN 21 2006

Witnesses: _____

Dorothy Brown

Clerk of Court

Atty. No: 34913
Name: Arlene Y. Coleman
Attorney for: Estate of Anna R. Richardson
Address: 407 S. Dearborn, Suite 1475
City: Chicago, IL 60605
Telephone: 312-360-1813

```
SHERIFF'S NUMBER 754219-001L CASE NUMBER 06752,

FILED DT 06-21-2006 RECEIVED DT 06-21-2006 DIE DT 06-30-2006 MULTIPLE SERVICE   1
    DEFENDANT                                      ATTORNEY
COUNTRY MORTGAGE SERVICES                          ARLENE Y COLEMAN
1300    HIGGINS RD                                 X
PARK RIDGE IL. 60068                               X XX. 00000
STE 209                                            312 360-1813
PLAINTIFF ESTATE OF ANNA R RICHARDS

SERVICE INFORMATION: YM 07-07 C/O JOHN MANTIS ESQ SKOUBIS & MANTIS LLC   953
```

*******************************************************************************

(A)  I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
       NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
       AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
       RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
       THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
       _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY
       PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
       SAID PARTY REFUSED NAME _____
..X..3 SERVICE ON:  CORPORATION  COMPANY    BUSINESS    PARTNERSHIP___
       BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
       REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.
.....4 CERTIFIED MAIL____

(B)  MICHAEL F. SHEAHAN, SHERIFF, BY: _____, DEPUTY

   1  SEX F M/F    RACE W    AGE 35
   2  NAME OF DEFENDANT COUNTRY MORTGAGE SERVICES
         WRIT SERVED ON _____ Stacy Myers c/o
         THIS 28 DAY OF June , 20 06 TIME 10:48 A.M./P.M.

   ADDITIONAL REMARKS _____

*******************************************************************************

THE NAMED DEFENDANT WAS NOT SERVED.

TYPE OF BLDG  ofc                          ATTEMPTED SERVICES

NEIGHBORS NAME _____            DATE          TIME  A.M./P.M.

       ADDRESS  _____           _____      ___:___

            REASON NOT SERVED:            _____      ___:___
                     ___07 EMPLOYER REFUSAL
  ___01 MOVED        ___08 RETURNED BY ATTY  _____      ___:___
  ___02 NO CONTACT   ___09 DECEASED
  ___03 EMPTY LOT    ___10 BLDG DEMOLISHED   _____      ___:___
  ___04 NOT LISTED   ___11 NO REGISTERED AGT.
  ___05 WRONG ADDRESS ___12 OTHER REASONS    _____      ___:___
  ___06 NO SUCH ADDRESS ___13 OUT OF COUNTY
                                            _____      ___:___

# EXHIBIT G

(Rev. 1/17/01) CCG 0002

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

CAL 16

0000034.1304
2006

ESTATE OF _____

v.

ANNA R. RICHARDSON
A Disabled Person

No. 06 P 527

page 1 of 2

## ORDER

THIS CAUSE coming to be heard for the return date on a Petition For A Rule to Show Cause Why County Mortgage Services and for status, due notice given and the Court being advised in the premises, IT IS HEREBY ORDERED THAT

1. The return date on the rule is entered & continued until August 11, 2006 at 10:00 a.m.;
2. Bryan Richardson shall sign the lease for ~~the~~ his apartment at 1647 S. Central Park, 2nd Floor today.
3. Bryan Richardson shall pay the ~~a~~ rent and past due rent as follows: $975.00 due by July 28, 2006   ~~$800.00 due by~~
   4178   $975.00 due by August 28, 2006   ~~October 1, 2006~~
   ↓3     $800.00 due by September 1, 2006   October 1, 2006

Atty. No.: 34913
Name: Arlene Y. Coleman
Atty. for: Guardian of Estate
Address: 407 S. Dearborn St.
City/State/Zip: Chicago, IL 60605
Telephone: 312-360-1813

ENTER:

Judge                Judge's No.

(Rev. 1/17/01) CCG 0002

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

CAL 16

0000034.1305
2006

ESTATE OF _____

v.

ANNA R. RICHARDSON

No. 06 P 527

page 2 of 2

**ORDER**

4215(a)

4. Bryan Richardson shall assist with the move for the ward from the 2nd to the 1st floor.

5. Bryan Richardson shall be the only tenant to occupy the apartment and shall make no changes to the lease without the Consent of the Guardian of the Estate

6. The Guardian of the Estate is Authorized to proceed with a Complaint for eviction if Bryan Richardson fails to pay rent as set forth in this order      4281(a)

7. The Guardian is granted perm. permission to ^investigate hiring a home aside to assist with the care of the ward and report to court

8. Attorney Coleman is granted leave to file a revised fee petition.

Atty. No.: 34913
Name: Arlene Y. Coleman
Atty. for: Guardian to Estate
Address: 407 S. Dearborn St.
City/State/Zip: Chicago IL
Telephone: 312-360-1813

4263  7-7-06

ENTER:

_____ /055
Judge           Judge's No.

# EXHIBIT H

566

☐ 2072 Citation Issued
☐ 2654 Return Personal Service
☐ 2655 Return No Service
CITATION                                    (Rev. 2/26/01) CCP 0368

2072

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT - PROBATE DIVISION

Estate of

No. 06 P 000527

Docket _____

Anna R. Richardson, a disabled person

Page _____

### CITATION

To: Country Mortgage Services
c/o John Mantis
Skoubis & Mantis, LLC
130 West Higgins Road, Ste. 209, Park Ridge, IL 60068

You are commanded to appear before the Honorable Mary Ellen Coghlan or any judge sitting in his/her stead on __July 12,__ , 2007 at 10:00 a.m./p.m. in Room 1811 ; Richard J. Daley Center; Chicago, Illinois 60602.*

Country Mortgage Services through its agent, solicited, processed and approved a mortgage for the ward who was unable to understand the nature of the transaction due to dimished capacity. It received funds from the ward's estate for fees and cost associated with the closing on October 24, 2005. Its agent transported proceeds in the amount of $104,388.38 from the ward to J.D. Home Services, Inc.

To the officer:

This citation must be served not less than 10 days before the day for appearance. It must be returned by the officer or other person to whom it was given for service with endorsement of service and fees, if any, not later than 5 days after service.

WITNESS: JUN 12 2007

DOROTHY BROWN
Clerk of Court

Atty. No.: 34913
Name: Arlene Y. Coleman
Atty. for: Petitioner
Address: 407 South Deaborn, Suite 1475
City/State/Zip: Chicago, Illinois 60605
Telephone: (312) 360-1813

(SEAL OF COURT)

*State facts that form the basis of citation under 755 ILCS 5/16-1, § 5/23-3, or § 5/24-16.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

# EXHIBIT I

Order          CCG N002-300M-2/24/05 (        )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

ESTATE OF _____

v.

ANNA R. RICHARDSON
A Disabled Person

Calendar 16

No. 06 P 527

2007

Page 1 of 2

0000036.1585

### ORDER

This CAUSE coming to be heard on the return date for Citations to Discover & Recover Assets ~~ken~~ to Citation Resp: Absolute Title Services and Country Mortgage Services, Inc., due notice given and the Court being advised in the premises;

IT IS HEREBY ORDERED THAT:

1. Attorney Ronald Menna is granted leave to file his appearance on behalf of Country Mortgage Services, instanter. ydd6.

2. Attorney David A. Ward is granted leave to file his appearance on behalf of Absolute Title Services and Steve Shaykin instanter. ydd6.

3. Petitioner shall 28 days or until August 9, 2007 to submit written discovery request to Citation Respondents

Atty. No.: 34913

Name: Arlene Y. Coleman

Atty. for: Guardian/Petitioner

Address: 407 S. Dearborn St. #1475

City/State/Zip: Chicago, IL 60605

Telephone: 312-360-1813

ENTERED:

Dated: _____, _____

_____
Judge      Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

CCG N002-300M-2/24/05 (        )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

ESTATE OF _____

v.

ANNA RICHARDSON
A Disabled Person

No. 06 P 527

0000036.1586
2007

Page 2 of 2

### ORDER (cont)

4. The Citation Respondents, Absolute Title ^Steve Shaykin and Country Mortgage shall have 28 days thereafter or until September 6, 2007 to file their responses to discovery request  4263.

5. The matter is continued for status until October 2, 2007 at 10:00 a.m. Room 1811, Daley Center without further notice  6269.

Atty. No.: 34913

Name: Arlene Y. Coleman

Atty. for: Guardian / Petitioner

Address: 407 S. Dearborn St. #1405

City/State/Zip: Chicago, IL

Telephone: 312-360-1813

ENTERED:

Dated: 7-12, 07

Judge _____ 1653
Judge's No.

**ENTERED**
JUDGE MARY ELLEN COGHLAN-1659
JUL 12 2007
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

ORIGINAL - COURT FILE

# Exhibit J

ORDER                            CCG N002-300M-2/28/05(43480658)

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

ESTATE OF _____

                                    0000052.1088
                                         2007

v.   Calendar 16           No. 06 P 000527

ANNA R. RICHARDSON

ORDER

THIS CAUSE coming to be heard on the Guardian's Petition for Leave to Retain Counsel and for status on the Citation to Discover/Recover Assets, due notice given and the Court being fully advised in the premises.

IT IS HEREBY ORDERED that

1. Guardian is granted leave to retain Attorney Lloyd Brooks and tender retainer fee of $500.00

2. The Citation to Discover/Recover Assets pending against Country Mortgage Services and Absolute Title Services is hereby dismissed without prejudice.

Atty. No.: 34913
Name: Arlene Y. Coleman
Atty. for: Guardian C. Horton
Address: 407 S. Dearborn St. #1675
City/State/Zip: Chicago, IL 60605
Telephone: 312-360-1813

ENTERED:
Dated: 10-2

ENTERED
JUDGE MARY ELLEN COGHLAN - 1659
OCT - 2 2007
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

Judge        1659 Judge's No.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS