IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CHARLOTTE HORTON**, as guardian of the estate of Anna R. Richardson, adjudicated disabled person,<br><br>            Plaintiff,<br><br>v.<br><br>**COUNTRY MORTGAGE SERVICES, INC.**; an Illinois corporation; **FREMONT INVESTMENT & LOAN**, a California corporation; and, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**, a Delaware corporation.<br><br>            Defendants. | ) ) ) ) ) 07 cv 6530 ) ) ) Judge Lindberg ) Magistrate Judge Nolan ) ) ) ) ) ) ) ) |

## NOTICE OF FILING

To:   See Attached Service List

    Please Take Notice that on July 9, 2008 I caused to be filed with the Clerk of the Court in the above captioned matter, **Plaintiff's Response to Country Mortgage Services, Inc.'s Second FRCP 11 Motion for Sanctions**, a copy of which is hereby served upon you.

                                            Respectfully Submitted,


                                            /S/ Lloyd Brooks
                                            _____
                                            Attorney for Plaintiff

State Bar No. 6271994
Lloyd Brooks
The Brooks Law Firm
15008 Woodlawn Avenue
Dolton, Illinois 60419
(708) 841-8000 Telephone
(708) 841-8080 Facsimile
E-mail: lloyd.brooks@thebrooksfirm.com
***Attorney for Plaintiff***

## Certificate of Service

      I, Lloyd Brooks, an attorney certify that on July 9, 2008 he served the parties listed below with a copy of this document via electronic service.

                                                                                          _____
                                                                                          Lloyd Brooks

Ronald D. Menna, Jr.
**Fischel & Kahn, Ltd.**
190 S. LaSalle Street, Suite 2850
Chicago, Illinois 60603
*Counsel for Country Mortgage Services*

Ralph T. Wutscher
**Roberts Wutscher, LLP**
10 S. LaSalle Street, Suite 3500
Chicago, Illinois 60603
*Counsel for Fremont Investment & Loan and Mortgage Electronic Registration Systems, Inc.*

Thomas M. Crawford
Erin A. Potempa
**Litchfield Cavo LLP**
303 W. Madison St., Suite 300
Chicago, Illinois 60606
*Counsel for Wells Fargo Bank, N.A.*

David A. Ward
**Ward & Metti, P.C.**
2516 Waukegan Road, Suite 300
Glenview, Illinois 60025-1774
*Counsel for Absolute Title Services, Inc.*

J. Michael Williams
Amy E. Bullock
**Cohon Raizes & Regal LLP**
208 S. LaSalle Street, Suite 1860
Chicago, Illinois 60604
*Counsel for Fremont Investment & Loan*