IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLOTTE HORTON,<br><br>       Plaintiff,<br><br>vs.<br><br>COUNTRY MORTGAGE SERVICES, INC.; *et al.*,<br><br>       Defendants.<br>FREEMONT INVESTMENT AND LOAN CO.,<br><br>       Cross-Plaintiff,<br><br>vs.<br><br>COUNTRY MORTGAGE SERVICES, INC.,<br><br>       Cross-Defendant. | 2007 CV 6530<br><br>Judge Lindberg<br><br>Magistrate Nolan |

## NOTICE OF FILING

**TO:**   See attached service list.

**PLEASE TAKE NOTICE** that on July 16, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division **Defendant Country Mortgage Services, Inc.'s Verification of Compliance With FRCP 11(c)(2)**, a true and correct copy of which is attached hereto and is hereby served upon you.

Dated: July 16, 2008

COUNTRY MORTGAGE SERVICES, INC.

By:   /s/ Ronald D. Menna, Jr.
        One of Defendant's Attorneys


David W. Inlander
Ronald D. Menna, Jr.
FISCHEL & KAHN, LTD.
Suite 2850
190 S. LaSalle Street
Chicago, Illinois 60603
312-726-0440
312-726-1448 [FAX]

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on July 16, 2008, he caused a copy of the foregoing **Notice of Filing** and **Defendant Country Mortgage Services, Inc.'s Verification of Compliance With FRCP 11(c)(2)** by ECF as to Filing Users and upon non-ECF Filing Users as provided by Local Rule 5.5 by United States Mail, first-class postage pre-paid upon:

Lloyd Brooks, Esq.
The Brooks Law Firm
Floor One
15008 Woodlawn Avenue
Dolton, Illinois 60419
Email: lloyd.brooks@thebrooksfirm.com

David A. Ward, Esq.
Ward and Metti, P.C.
Suite 300, 2516 Waukegan Road
Glenview, Illinois 60025-1774
Email: wardmetti@msn.com

Ralph T. Wutscher, Esq.
Roberts Wutscher, LLP.
Suite 3500, 10 S. LaSalle Street
Chicago, Illinois 60603
Email: rwutscher@rw-llp.com

J. Michael Williams, Esq.
Amy E. Bullock, Esq.
Cohon Raizes & Regal LLP
Suite 1860, 208 S. LaSalle Street
Chicago, Illinois 60604
Email: mwilliams@cohonraizes.com,
       abullock@cohonraizes.com

Thomas M. Crawford, Esq.
Erin Anne Potempa, Esq.
LITCHFIELD CAVO, LLP
Suite 300, 303 West Madison Street
Chicago, IL 60606-3300
Email: crawford@litchfieldcavo.com
       potempa@litchfieldcavo.com

Dated: July 16, 2008

**COUNTRY MORTGAGE SERVICES, INC.**

By: __/s/ Ronald D. Menna, Jr.__
     One of Defendant's Attorneys


David W. Inlander
Ronald D. Menna, Jr.
**FISCHEL & KAHN, LTD.**
Suite 2850, 190 S. LaSalle Street
Chicago, Illinois 60603
312-726-0440    312-726-1448 [FAX]
W:\DWI\T73-40 Country Mortgage Services adv Richardson\Pleadings\Resp to Mot for Ext of Time - NOF.doc