UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Charlotte Horton, et al.
                                 Plaintiff,

v.                                              Case No.: 1:07−cv−06530
                                                       Honorable George W. Lindberg

Country Mortgage Services, Inc., et al.
                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 29, 2008:

      MINUTE entry before the Honorable George W. Lindberg: The ruling date on the motion to dismiss is stricken. Ruling to be made by mail on or before 8/4/2008. No court appearance required on 7/30/2008. Hearing reset to 8/13/2008 at 10:00a.m. on Defendant Fremont Investment & Loan motion to compel. No court appearance required on 8/6/2008.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.