# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Charlotte Horton, et al.

                         Plaintiff,

v.                                            Case No.: 1:07−cv−06530
                                                  Honorable George W. Lindberg

Country Mortgage Services, Inc., et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 30, 2008:

      MINUTE entry before the Honorable George W. Lindberg: Defendant Country Mortgage Service, Inc.'s, motion to dismiss Counts III and IV of the second amended complaint [60] is denied in part and granted in part. The motion is denied as to Count III. Count IV is dismissed without prejudice. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.