**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CHARLOTTE HORTON, as guardian of the estate of Anna R. Richardson, adjudicated disabled person, | )<br>)<br>)<br>) |
| Plaintiff, | ) Case No: 07 C 6530 <br>) |
| vs. | ) Judge Lindberg <br>) |
| COUNTRY MORTGAGE SERVICES, INC., an Illinois corporation; FREMONT INVESTMENT & LOAN, a California corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; WELLS FARGO BANK, N.A., a national banking association doing business as America's Servicing Company; and JOHN DOES 1-5, | ) Magistrate Judge Nolan <br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2008, I mailed a true and correct copy of the following documents:

- Defendant Wells Fargo Bank, N.A. d/b/a America's Servicing Company's First Set Of Requests For Production Of Documents To Plaintiff Charlotte Horton, As Guardian Of The Estate Of Anna R. Richardson, Adjudicated Disabled Person

- Defendant Wells Fargo Bank, N.A. d/b/a America's Servicing Company's First Set Of Interrogatories To Plaintiff Charlotte Horton, As Guardian Of The Estate Of Anna R. Richardson, Adjudicated Disabled Person

to the party listed below, and electronically filed the foregoing Certificate of Service with the Clerk of the Court using the CM/ECF system.

Lloyd Brooks
The Brooks Law Firm
Floor One
15008 Woodlawn Avenue
Dolton, Illinois 60419

By: /s/Erin Potempa
Attorney for Defendant
Litchfield Cavo LLP
303 W. Madison Street, Suite 300
Chicago, Illinois 60606
Phone: (312) 781-6570
Fax: (312) 781-6630 (Facsimile)