## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6530 | **DATE** | 8/11/2008 |
| **CASE TITLE** | Charlotte Horton vs. Country Mortgage Services, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Defendant Country Mortgage Services, Inc.'s, motion for sanctions pursuant to Federal Rule of Civil Procedure 11 (75 )is granted as to plaintiff's ICFA claim and denied as to plaintiff's RESPA claim. Plaintiff's attorney, Lloyd Brooks, is ordered to pay Country Mortgage Services, Inc.'s, reasonable expenses, including attorneys fees, in moving to dismiss the second amended complaint's ICFA claim. Defendant Country Mortgage Services, Inc., shall, on or before August 20, 2008, file a memorandum and affidavits proving up its reasonable expenses with respect to the portion of the motion to dismiss the second amended complaint that concerns the ICFA claim. Plaintiff's counsel may file a memorandum in response on or before August 27, 2008. Ruling on the amount of the sanction is set for September 17, 2008, at 9:20 a.m.

Mail notices.

|  | Courtroom Deputy Initials: | SLB |
|---|---|---|

Case 1:07-cv-06530   Document 104-2   Filed 08/11/2008   Page 2 of 2

07C6530 Charlotte Horton vs. Country Mortgage Services, Inc., et al.　　　　　　　　　　　　　　　　Page 2 of 2