# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHARLOTTE HORTON, as guardian of the estate of Anna R. Richardson, adjudicated disabled person, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTRY MORTGAGE SERVICES, INC., an Illinois corporation; FREMONT INVESTMENT & LOAN, a California corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; WELLS FARGO BANK, N.A., a national banking association doing business as America's Servicing Company; and JOHN DOES 1-5, <br><br> Defendants. | Case No: 07 C 6530 <br><br> Judge Lindberg <br><br> Magistrate Judge Nolan |

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2008, I mailed a true and correct copy of the following document:

- **Defendant Wells Fargo Bank, N.A. D/B/A America's Servicing Company's First Set Of Requests For Production Of Documents To Plaintiff Charlotte Horton, As Guardian Of The Estate Of Anna R. Richardson, Adjudicated Disabled Person**

to the parties listed on the attached Service List, and electronically filed the foregoing Certificate of Service with the Clerk of the Court using the CM/ECF system.

By:  /s/Erin A. Potempa
Attorney for Defendant
Litchfield Cavo LLP
303 W. Madison Street, Suite 300
Chicago, Illinois 60606
Phone: (312) 781-6570
Fax:    (312) 781-6630 (Facsimile)

Charlotte Horton, et al. v. Country Mortgage Services, Inc., et al
Case Number:  07 CV 6530

## Service List

| | |
|---|---|
| Lloyd J. Brooks<br>The Brooks Law Firm<br>15008 Woodlawn Avenue, Floor 1<br>Dolton, IL 60419-2815<br>Phone:  (708) 841-8000<br>lloyd.brooks@thebrooksfirm.com | Ronald D. Menna, Jr.<br>Fischel & Kahn Ltd<br>190 South LaSalle Street, Suite 2850<br>Chicago, IL 60603-3499<br>Phone:  (312) 726-0440<br>RMenna@fischelkahn.com |
| Amy E. Bullock<br>Cohon, Raizes & Regal, LLP<br>208 S. LaSalle Street, Suite 1860<br>Chicago, IL 60604-1166<br>Phone:  (312) 658-2206<br>abullock@cohonraizes.com | David A. Ward<br>Ward & Metti PC<br>2516 Waukegan Road, Suite 300<br>Suite 300<br>Glenview, IL 60025-1774<br>Phone:  (847) 657-8387<br>wardmetti@msn.com |
| Thomas M. Crawford<br>Litchfield Cavo<br>303 W Madison St.<br>Suite 300<br>Chicago, IL 60606-3300<br>Phone:  (312) 781-6679<br>crawford@litchfieldcavo.com | J. Michael Williams<br>Cohon, Raizes & Regal, LLP<br>208 S. LaSalle Street, Suite 1860<br>Chicago, IL 60604-1166<br>Phone:  (312) 658-2252<br>mwilliams@cohonraizes.com |
| David W. Inlander<br>Fischel & Kahn, Ltd.<br>190 South LaSalle Street, Suite 2850<br>Chicago, IL 60603-3499<br>Phone:  (312) 726-0440<br>dinlander@fischelkahn.com | Ralph T. Wutscher<br>Roberts Wutscher, LLP<br>10 S. LaSalle Street, Suite 3500<br>Chicago, IL 60603-1025<br>Phone:  (312) 551-9320<br>rwutscher@rw-llp.com |