**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **CHARLOTTE HORTON**, as guardian of the estate of Anna R. Richardson, adjudicated disabled person,<br><br>　　　　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>**COUNTRY MORTGAGE SERVICES, INC.**; an Illinois corporation; **FREMONT INVESTMENT & LOAN**, a California corporation; **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**, a Delaware corporation; **WELLS FARGO BANK, N.A.**, a national banking association doing business as America's Servicing Company; and, **JOHN DOES 1 – 5**.<br><br>　　　　　　　　　　　　　　　Defendants. | )<br>)<br>)<br>) 07 cv 6530<br>)<br>)<br>) Judge Lindberg<br>) Magistrate Judge Nolan<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF MOTION**

To:　See Attached Service List

　　Please Take Notice that on September 10, 2008 at 9:30 a.m. I shall appear before Judge George W. Lindberg in his usual courtroom 1425 of the Dirksen Federal Building located at 219 S. Dearborn, Chicago, Illinois and there and then present **Plaintiff's Motion for Leave to File Third Amended Complaint**.  You may appear and be heard if you wish.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,


　　　　　　　　　　　　　　　　　　　　/S/ Lloyd Brooks
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

State Bar No. 6271994
Lloyd Brooks
The Brooks Law Firm
15008 Woodlawn Avenue
Dolton, Illinois 60419
(708) 841-8000 Telephone
(708) 841-8080 Facsimile
E-mail: lloyd.brooks@thebrooksfirm.com
***Attorney for Plaintiff***

## Certificate of Service

I, Lloyd Brooks, an attorney certify that on August 27, 2008 he served the parties listed below with a copy of this document via electronic service.

_____
Lloyd Brooks

Ronald D. Menna, Jr.
**Fischel & Kahn, Ltd.**
190 S. LaSalle Street, Suite 2850
Chicago, Illinois 60603
*Counsel for Country Mortgage Services*

David A. Ward
**Ward & Metti, P.C.**
2516 Waukegan Road, Suite 300
Glenview, Illinois 60025-1774
*Counsel for Absolute Title Services, Inc.*

Ralph T. Wutscher
**Roberts Wutscher, LLP**
10 S. LaSalle Street, Suite 3500
Chicago, Illinois 60603
*Counsel for Fremont Investment & Loan and Mortgage Electronic Registration Systems, Inc.*

J. Michael Williams
Amy E. Bullock
**Cohon Raizes & Regal LLP**
208 S. LaSalle Street, Suite 1860
Chicago, Illinois 60604
*Counsel for Fremont Investment & Loan*

Thomas M. Crawford
Erin A. Potempa
**Litchfield Cavo LLP**
303 W. Madison St., Suite 300
Chicago, Illinois 60606
*Counsel for Wells Fargo Bank, N.A.*