UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Charlotte Horton, et al.
                                  Plaintiff,

v.                                                    Case No.: 1:07−cv−06530
                                                            Honorable George W. Lindberg

Country Mortgage Services, Inc., et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

      MINUTE entry before the Honorable George W. Lindberg: Response due 9/2/2008 to plaintiff's motion for leave to file a third amended complaint. No reply ordered. Status hearing held and continued to 12/3/2008 at 9:30a.m. Discovery cutoff set for 12/3/2008. Discovery hearing set for 11/5/2008 at 9:30a.m. Motion for summary judgment due 12/31/2008. Response to the motion for summary due 1/14/2009. Reply due 1/21/2009. Ruling set for 2/18/2009 at 9:30a.m. Proposed final pretrial order to be submitted to chambers by 2:00p.m. on 3/2/2009. Trial set for 3/9/2009 at 10:00a.m.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.