IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLOTTE HORTON, as guardian of Anna R. Richardson,<br><br>                Plaintiff,<br><br>vs.<br><br>COUNTRY MORTGAGE SERVICES, INC.; *et al.*,<br><br>                Defendants. | 2007 CV 6530<br><br>Judge Lindberg<br><br>Magistrate Nolan |

## NOTICE OF FILING

**TO:** See attached service list.

**PLEASE TAKE NOTICE** that on September 2, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division **Defendant Country Mortgage Services, Inc.'s Response to Plaintiff's Motion for Leave to File Third Amended Complaint**, a true and correct copy of which is attached hereto and is hereby served upon you.

Dated: September 2, 2008

COUNTRY MORTGAGE SERVICES, INC.

By:  /s/ Ronald D. Menna, Jr.
      One of Defendant's Attorneys


David W. Inlander
Ronald D. Menna, Jr.
FISCHEL & KAHN, LTD.
Suite 2850
190 S. LaSalle Street
Chicago, Illinois 60603
312-726-0440
312-726-1448 [FAX]

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned, an attorney, certifies that on September 2, 2008, he caused a copy of the foregoing **Notice of Filing** and **Defendant Country Mortgage Services, Inc.'s Response to Plaintiff's Motion for Leave to File Third Amended Complaint** by ECF as to Filing Users and upon non-ECF Filing Users as provided by Local Rule 5.5 by United States Mail, first-class postage pre-paid upon:

Lloyd Brooks, Esq.
The Brooks Law Firm
Floor One
15008 Woodlawn Avenue
Dolton, Illinois 60419
Email: lloyd.brooks@thebrooksfirm.com

| | |
|---|---|
| David A. Ward, Esq. | Ralph T. Wutscher, Esq. |
| Ward and Metti, P.C. | Roberts Wutscher, LLP. |
| Suite 300, 2516 Waukegan Road | Suite 3500, 10 S. LaSalle Street |
| Glenview, Illinois 60025-1774 | Chicago, Illinois 60603 |
| Email: wardmetti@msn.com | Email: rwutscher@rw-llp.com |
| | |
| J. Michael Williams, Esq. | Thomas M. Crawford, Esq. |
| Amy E. Bullock, Esq. | Erin Anne Potempa, Esq. |
| Cohon Raizes & Regal LLP | LITCHFIELD CAVO, LLP |
| Suite 1860, 208 S. LaSalle Street | Suite 300, 303 West Madison Street |
| Chicago, Illinois 60604 | Chicago, IL 60606-3300 |
| Email: mwilliams@cohonraizes.com, abullock@cohonraizes.com | Email: crawford@litchfieldcavo.com potempa@litchfieldcavo.com |

Dated: September 2, 2008

**COUNTRY MORTGAGE SERVICES, INC.**

By: \_\_\_/s/ Ronald D. Menna, Jr._____
    One of Defendant's Attorneys

David W. Inlander
Ronald D. Menna, Jr.
**FISCHEL & KAHN, LTD.**
Suite 2850
190 S. LaSalle Street
Chicago, Illinois 60603
312-726-0440
312-726-1448 [FAX]
W:\DWI\T73-40 Country Mortgage Services adv Richardson (RDM)\Pleadings\Sanctions - Fees Mot - NOF.doc