**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Charlotte Horton, et al.
                                    Plaintiff,

v.                                            Case No.: 1:07−cv−06530
                                                        Honorable George W. Lindberg

Country Mortgage Services, Inc., et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 16, 2008:

      MINUTE entry before the Honorable George W. Lindberg: Ruling on the amount of the sanction is reset for October 8, 2008, at 9:30 a.m. No court appearance required on 9/17/2008.(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.